*junio de 201 de 32.377,415.65 Bs. un Importe de 32.761,355.05 Bs. y un Pago a Cuenta de 383,939.40 Bs.*

7. Informe del Organismo Operativo de Tránsito de la ciudad de Santa Cruz por el que se pone en conocimiento que el señor Humberto Antonio Roca Sanjinez tiene a su nombre 46 vehículos.
8. Oficio de fecha 23 de julio de 2010 remitido de AEROSUR SA por el que se adjunta el file personal de varias personas entre ellas la de Humberto Antonio Roca Sanjinéz con CI 5399343 SC, Contrato Temporal de Trabajo de fecha Santa Cruz mayo de 2006 con un sueldo de 2.000 Bs para que cumpla funciones cono Gerente General del Taller de Mecánica, Formulario de Ratificación /Nivelación teniendo el cargo de Gerente de Sucursal con un sueldo de 2330 Bs de fecha 01/05/2009 y Formulario de Ratificación /Nivelación teniendo el cargo de Gerente de Sucursal con un sueldo de 2447 Bs de fecha 01/01/2010.
9. De acuerdo a la Certificación CERT-EST-JOSC-0006/2010 de FUNDEMPRESA revisada la Carpeta Comercial se evidencia que no se encuentra inscrito ningún Instrumento Público, documento o contrato que acredite la composición de la Flota de Aeronaves de la Compañía Boliviana de Transporte Aéreo Privado S.A. AEROSUR S.A.
10. Carta de fecha 14 de septiembre de 2010, por el que se adjunta Testimonio nro. 0763/2008 de 4 de septiembre de 2010, del mismo se establece que la empresa PIPESTONE INVESTIMENT INC., subarrienda aeronaves a la empresa AEROSUR SA, determinándose también que HUMBERTO ROCA LEIGUE es propietario de la empresa que subarrienda las aeronaves.
11. Junta general ordinaria de accionistas de la compañía AEROSUR SA de fecha 17 de noviembre de 2007 y testimonio Nro. 1400/2010 adjuntado por la empresa AEROSUR SA mediante nota de fecha 19 de octubre de 2010, por el se establece la situación actual de la empresa dirigida por HUMBERTO ROCA LEIGUE.
12. Carta SIN/PE/GG/GNF/DNIF/NOT/1053/2010 firmado por ROBERTO UGARTE PRESIDENTE EJECUTIVO DEL SERVICIO DE IMPUESTOS NACIONALES, por el que se establece que de acuerdo al DS 24051 y la Ley 843 se reglamenta los impuestos a las utilidades, y que por el alquiler de aviones se constituye en agente de retención sobre el monto pagado a beneficiarios del exterior por concepto de alquiler de aviones y que no registra la presentación de declaraciones juradas FORM 530 (IUE-beneficiarios al exterior) Y FORM. 3050 ( pagos a beneficiarios al exterior, estableciéndose que el contribuyente no cumplió con sus obligaciones tributarias a las que esta obligado.
13. Nota LP-AUD-3056/2010 de fecha 24 de noviembre de 2010, por el que remiten dictamen de auditorias de AEROSUR SA 2006, 2007, y 2008 por BDO. BERTHIN AMENGUAL & ASOCIADOS.
14. Nota del DEPTO.DE VEH.OFICIO 171/2010 de fecha 22 de julio de 2010, emitido por el Gobierno Municipal Autónomo de santa Cruz de la Sierra, por el que se demuestra la propiedad de los vehículos registrados a nombre de familiares de HUMBERTO ROCA LEIGUE.
15. Informe de fecha 5 de agosto de 2010 elaborado por la Oficina de Derechos Reales del distrito de Santa Cruz, por el que se establece que el señor JORGE EDUARDO ORTIZ BANZER cuenta con 524 bienes inmuebles registrados a su nombre, bienes que de acuerdo a antecedentes son de propiedad de HUMBERTO ROCA LEIGUE.
16. ADSC 805/2010 DE FECHA 2 DE JULIO DE 2010 firmado por el Administrador departamental de la Caja Petrolera de Salud, por el que se establece que la empresa AEROSUR SA adeuda a la Caja Petrolera de Salud la suma de 3.052.980,99 MILLONES DE BOLIVIANOS correspondientes a aportes en mora de las gestiones 2008 y 2009; y un acuerdo propuesto por AEROSUR que no se halla firmado por esa Institución.
17. SIn/PE/GG/GNTJCC/DNEOCC/NOT/721/2010 de fecha 19 de julio de 2010, firmado por el Presidente ejecutivo del SIN, por el que se establece que AEROSUR SA cuenta con 32 procesos con ejecución Tributaria y 23 procesos con recurso de impugnación actualizado hasta el 20 de mayo de 2010.
18. fotocopias legalizadas del proceso ejecutivo seguido por JOSÉ HUMBERTO ZAMORA SAAVEDRA en contra de la Empresa AEROSUR SA representada por HUMBERTO ROCA

LEIGUE, por el que se demanda el pago de $Us. 1.508.044,42 y el Juez Noveno de partido en lo civil mediante Auto de fecha 27 de enero de 2006 intima a la empresa al pago dentro de tercero día de su notificación.

19. CGE/SG/255/2010 de fecha 13 de julio de 2010 emitido por la CONTRALORIA GENERAL DEL ESTADO, por el que se establece las deudas pendientes de AEROSUR SA con instituciones del estado, y el numero de procesos pendientes registrados en esa Institución.
20. Nota de fecha 23 de octubre de 2010, firmado por JUAN CARLOS ANTELO JUSTINIANO-GERENTE GENERAL CONSTRUCTORA EM2 SRL, del mismo se acredita que JORGE ORTIZ BANZER tiene una relación contractual con la empresa EM2 SRL para el servicio de administración de la construcción de las TORRES URBARI, del contrato de fecha 20 de enero de 2010, y de los documentos privados de compra venta se evidencia que los inmuebles están registrados a nombre JORGE ORTIZBANZER, yerno de HUMBERTO ROCA LEIGUE.
21. Memorial y documentación presentada por ABDALAHH DAHER BULUS, del cual se evidencia que las empresas JIS AIRCRAF Y PIPESTONE han alquilado aeronaves a la empresa AEROSUR SA desde el año 2005 hasta julio de 2010, estableciéndose también que los propietarios de JIS AIRCRAF COMPANY son Peter Jessen Pittesser, Jorge Cochamanidis Saucedo y Sergio Antonio Sanzetenea Dimoff, este ultimo muy allegado y persona de confianza de HUMBERTO ROCA LEIGUE, se demuestra también que los propietarios de la empresa PIPE STONE son Abdallah Daher Bulus y Humberto Roca Leigue.
22. Nota BMSC/GAL/1153/2010 de fecha 29 de octubre de 2010, certificación y extractos bancarios emitidos por Gerente de Asuntos Legales del BMSC, por el que se establece que Jorge Eduardo Ortiz Banzer tiene la cuenta corriente con un saldo de 344,231,88 Bs y el señor HUGO OLMOS MENACHO tiene tres cuentas corrientes de 54,982,32; Bs. 275.173,30; $us. 78,59 y una caja de ahorros de Bs. 11.891,15.
23. Nota de 6 de julio de 2010 remitida por Humberto Roca Leigue del mismo se establece los socios y directores de la empresa AEROSUR SA; las funciones del Director ejecutivo y la flota de aviones del cual esta compuesta la empresa y que todas son alquiladas.
24. Nota de 23 de julio de 2010 remitida por Carlos Meyer Bustamante del mismo se establece que HUMBERTO ROCA SANJINEZ ha suscrito contrato en mayo de 2006 con la empresa AEROSUR SA para que cumpla funciones como Gerente general del Taller de Mecánica CON UN SUELDO DE 2.000 BOLIVIANOS.
25. DGAC V1-1564 DRAN 297/2010 de fecha 26 de julio de 2010 mas documentación emitida por el Gral. Luis Trigo Antelo- DIRECCION GENERAL DE AERONAUTICA CIVIL, del mismo se establece que AEROSUR SA cuenta con certificado de operador desde 2002, que no tiene registradas aeronaves de su propiedad sino bajo contrato de arrendamiento, y testimonios de arrendamiento de aeronaves.
26. DECLARACIONES TESTIFICALES DE: Jorge Eduardo Ortiz Banzer, Carlos Meyer Bustamante, Freddy Rocabado Rodríguez, Daniela Roca Sanjinés, Walter Ardaya Melgar, Verónica Roca Sanjinez de Ortiz, Juan Carlos Zurita Vera.
27. Certificaciones emitidas por el Servicio nacional de Migración.
28. Nota SIN/PE/GG/GNTJCC/DNEOCC/NOT/1124/2010 de fecha 23 de noviembre de 2010 otorgada por Impuestos nacionales, se establece la existencia de procesos con inicio de ejecución Tributaria, procesos Contencioso Tributarios y procesos de Fiscalización en curso, según datos preliminares, la empresa AEROSUR SA. Tiene deuda Tributaria al estado Boliviano de un total de 550.434.124 MILLONES DE BOLIVIANOS.
29. Publicación del diario EL DEBER de fecha 2 de junio de 2010, en el que HUMBERTO ROCA LEIGUE afirma tener 50.000.000,00 MILLONES DE Dólares como patrimonio, hecho sucedido después de conocer las investigaciones.
30. SCLREQFISC, 3628/2010, y 3627/2010 de fecha 6 de diciembre de 2010 emitido por el BANCO BISA por el que certifican las cuentas bancarias de EDUARDO ORTIZ BANZER Y DANIELA ROCA SANJINEZ, además de sus extracto bancario por el que se evidencia el movimiento de grandes [illegible] de dinero.

[Stamp:] ...PINEDO ... ANTICORRUPCION ... MINISTERIO PUBLICO DEL ESTADO

31. ...
32. ...

IV. ...

Del aná... respecto... denunci...

PRIME... establece... estableci... la C.P.... RETRO... tanto el... Ley 004... carácter... oportun... aplicació... violación... Leigue,... 25 num... aplicaci...

*SEGUN... AFECT... ENRIQ... SANTA...*

Uno de... corrup... Estado... ámbito de... se debe... empresa... increm... legítim... o al patri... o desvirt...

31. GNO-ASFFI/1138/2010 de fecha 6 de diciembre de 2010 emitido por el BANCO NACIONAL DE BOLIVIA por el que certifican las cuentas bancarias de EDUARDO ORTIZ BANZER además de sus extracto bancario por el que se evidencia el movimiento de grandes de sumas de dinero.
32. Recorte de prensa de declaraciones efectuadas por HUMBERTO ROCA LEIGUE en periodico digital de Paraguay (pagina web)

## IV. FUNDAMENTACIÓN JURÍDICA

Del análisis de las pruebas documentales y testificales, se llega a la siguiente conclusión respecto a los hechos y la participación de Humberto Antonio Roca Leigue en los ilícitos denunciados:

**PRIMERO.-** La disposición final primera de la Ley 004 LEY MARCELO QUIROGA SANTA CRUZ, establece que las acciones de investigación y juzgamiento de delitos de corrupción establecidos en el Art. 25 numerales 2, y 3 deben ser aplicados en el marco del Art. 123 de la C.P.E., **EN ESTE CONTEXTO ESTE ARTICULO CONSTITUCIONAL DISPONE** LA **RETROACTIVIDAD EXPRESA DE LA LEY PENAL EN MATERIA DE CORRUPCIÓN,** por tanto el ilícito penal establecido en el Art. 25 numeral 3 e individualizado en el Art. 28 de la Ley 004, es plenamente aplicable a este proceso más cuando se trata de un delito de carácter permanente, por lo que, garantizado todas las instancias del debido proceso oportunamente se ha puesto en conocimiento del Juez de Garantías Constitucionales la aplicación obligatoria de estas normas desde el día de su publicación, por lo que no existe violación a ningún derecho ni garantía constitucional del señor Humberto Antonio Roca Leigue, contra quien se ha iniciado la investigación bajo los parámetros legales de los Arts. 25 num. 3, 28 de la Ley 004, y 123 de la Constitución Política del Estado, por lo que su aplicación se halla dentro el marco del debido proceso.

***SEGUNDO.- ART. 28 (ENRIQUECIMIENTO ILÍCITO POR PARTICULARES CON AFECTACIÓN AL ESTADO) LEY 004 DE LUCHA CONTRA LA CORRUPCIÓN, ENRIQUECIMIENTO ILÍCITO E INVESTIGACIÓN DE FORTUNAS "MARCELO QUIROGA SANTA CRUZ."***

> ***"La persona natural que mediante actividad privada hubiere incrementado desproporcionadamente su patrimonio respecto a de sus ingresos legítimos afectando el patrimonio del Estado, no logrando desvirtuar tal situación, será sancionada con la privación de tres a ocho años, multa de cien a trescientos días y el decomiso de los bienes obtenidos ilegalmente"***
>
> ***Incurrirán en el mismo delito y la misma pena, los representantes o ex representantes legales de las personas jurídicas que mediante actividad privada hubieren incrementado el patrimonio de la persona jurídica afectando el patrimonio del Estado y que no pueda demostrar que provienen de una actividad lícita; adicionalmente , la persona jurídica restituirá al Estado, los bienes que le hubiesen sido afectados además de los obtenidos como producto del delito y será sancionado con una multa de 25% de su patrimonio.***

MINISTERIO PÚBLICO DEL ESTADO ANTICORRUPCION ... PINEDO

Uno de los objetivos fundamentales de esta Ley es la investigación y sanción de actos de corrupción de personas particulares o jurídicas que comprometan o afecten los recursos del Estado, y fundamentalmente el de acabar con la impunidad en hechos de corrupción, cuyo ámbito de aplicación está definida en el Art. 5 de la Ley 004; por tanto para definir este delito se debe tomar en cuenta aquella operación privada de carácter económico, financiera, empresarial u otra actividad de una persona particular, a través de la cual se hubiere incrementado desproporcionadamente el patrimonio respecto de los ingresos declarados o legítimos, y que este incremento, desmedido y excesivo del patrimonio afecte a los intereses o al patrimonio del Estado en sus diferentes vertientes de expresión, no habiéndose justificado o desvirtuado esta situación en la etapa de investigación.

El tipo penal contenido en el Art. 28 de la Ley 004 es nuevo en nuestro contexto jurídico penal, y del análisis forense se tiene que el objetivo y finalidad está referida a la lucha contra la corrupción que afectan a los intereses del estado, por tanto se trata de un delito pluriofensivo que causa desequilibrio en la Económica Nacional y contexto financiero en los intereses del Estado Plurinacional, afectando fundamentalmente el orden económico de un país, ya que afecta varios bienes jurídicos protegidos.

En tal virtud, para aplicar este delito a un hecho y caso en especifico, se debe tener presente que, se está frente a un enriquecimiento ilícito, cuando existe un acto positivo de incremento o ganancia estimable y uno negativo, que consiste en no haber podido desvirtuar tal situación, o no haber justificado la procedencia de ese enriquecimiento; este tipo penal es claro al establecer que adecua su conducta a este tipo penal, cualquier persona natural, particular y no necesariamente deba tener alguna relación con el estado, por lo que es genérico, y se aplica a quien mediante actividad privada haya incrementado o aumentado su patrimonio en desmedro del patrimonio del Estado, entonces la conducta castigada es el incremento o ganancia ilícita no justificado que afecte directamente al Estado.

Se debe entender a efectos de la aplicación de esta normativa, que hay enriquecimiento ilícito, cuando el patrimonio se ha incrementado con dinero, cosas, bienes o activos, que tienen un carácter patrimonial, por tanto, lo que este delito trata de reprimir son aquellas conductas ilícitas, anormales que persiguen el logro de aumentos patrimoniales, prevaliéndose de alguna actividad privada o condición empresarial, dentro ese contexto.

La acción en este tipo penal no es precisamente el no justificar la procedencia de un enriquecimiento patrimonial apreciable, sino *el hecho de enriquecerse ilícitamente y que este enriquecimiento afecte al patrimonio del estado boliviano*, considerándose este ultimo la condición de punibilidad o un presupuesto de punibilidad; y cuando esta norma refiere sic "... *no logrando desvirtuar tal situación"* alude a la falta de acreditación objetiva y legal de la procedencia del enriquecimiento o de la insuficiencia de la prueba de esa procedencia, razonando en contrario, se debe probar en descargo, el origen licito del incremento y que este no afecta a los intereses del Estado; entiéndase entonces que la afectación al estado se puede dar bajo diferentes modalidades reguladas por le estado, ya sea impositivas cuando el sujeto activo no declara sus cargas impositivas o no cumple con estas obligaciones estando obligado a ellas, la falta de pago en obligaciones de salud, tributos aduaneros, o cualquier otra modalidad o acción que afecte directamente al estado o sus instituciones.

El sujeto activo puede ser cualquier persona PARTICULAR, que mediante actividad privada incremente excesivamente su patrimonio respecto a sus ingresos legítimos, se debe considerar también que el enriquecimiento puede haberse producido tanto en el patrimonio del agente como en el de un tercero ajeno o cercano al agente, que actúe como personero del agente para disimular u ocultar su enriquecimiento o el origen del mismo, que en este caso la participación criminal la tiene como participe principal y directo del delito conforme al Art. 20 del código penal.

Por ultimo se debe considerar que este es delito doloso que reclama en el autor el conocimiento de la existencia misma del enriquecimiento, que esta es ilícita y el perjuicio al Estado, que volitivamente exige la voluntad de no justificación convirtiéndola en insuficiente e ilegal, finalmente el bien jurídico privado es la decencia y transparencia en el ejercicio de la actividad privada frente a los intereses del Estado.

TERCERO.- Como base de este proceso de investigación referente a las acciones de HUMBERTO ROCA orientadas al ilícito de enriquecimiento ilícito, se tiene lo siguiente:

a. Humberto Roca Leigue, de 52 años de edad, empleado, Ingeniero Aeronáutico, llegó a Bolivia después de estudiar en Brasil y empieza a ganar un sueldo de 40 Us. Mensuales, ingresa ... negocio de la "especulación inmobiliaria", participa en el

proceso de quiebra fraudulenta de bancos en nuestro país, y actualmente es *Representante Legal,* Director Titular, y accionista de la Compañía Boliviana de Transporte Aéreo Privado S.A. AEROSUR SA con 70.000 acciones (declarado); **y de acuerdo a sus propias afirmaciones hechas públicamente en medios de prensa nacional CUENTA CON UNA FORTUNA O PATRIMONIO DE 50 MILLONES DE DOLARES (EL DEBER 2 DE JUNIO DE 2010).**

b. Su hobby es coleccionar vehículos, y que el "garaje" ubicado en la calle 24 de septiembre No. 480 de la zona central de la ciudad de Santa Cruz, donde guarda más de 60 vehículos de lujo, es para él un lugar donde encuentra plasmado todos sus deseos y anhelos de niño, de grande y de viejo; entre sus gustos millonarios y de saber cómo gasta su fortuna, se ha identificado que el año 2009 ha adquirido en la Expocruz 2009, un vehículo Nissan GT-R avaluado en $us. 145.000 para dárselo de regalo de cumpleaños a su hijo HUMBERTO ANTONIO SANJINEZ que cumplía 21 años, quien actualmente también tiene registrados a su nombre más de 44 vehículos de la supuesta colección de su padre, trabaja en una empresa de su padre como "gerente General del taller de Mecánica" y gana Bs. 2.000 mensualmente, lo que demuestra que los bienes inscritos y registrados son de HUMBERTO ROCA LEIGUE, y no del hijo, observándose esta irregularidad de registrar bienes a nombre de terceros.

c. HUMBERTO ROCA LEIGUE pese a su millonario patrimonio declarado actualmente, de sus propias afirmaciones públicas se ha determinado que proviene de una familia pobre, con antecedentes delictivos en los años 1996 cuando trabajaba y estaba vinculado a entidades financieras, ha sido detenido y preso durante varios meses por un procesos penal derivado de la quiebra fraudulenta de entidades bancarias, como el caso del BANCOSUR EN LIQUIDACIÓN a cuya institución AEROSUR SA de quien HUMBERTO ROCA LEIGUE es su presidente, adeuda la suma de 2.361.150,00 MILLONES DE DOLARES, habiéndose ordenado incluso actualmente el remate de una de sus aeronaves ante el incumplimiento de pago de esta obligación que proviene de 1996.

Entre sus actividades "empresariales" por las cuales aumenta su patrimonio se identifica, que en 1994 transfiere a Miguel Rocabado un terreno del BANCOSUR SA por un monto de 394.784 $us irregularidades que derivan en un proceso penal iniciado en su contra; constituye en las Bahamas junto a otras dos personas la empresa HUBAIR CORP actualmente socia de AEROSUR SA con una masa societaria de 199.366 acciones y representada en el Directorio por su yerno Jorge Eduardo Ortiz Banzer; en 1995 modifica el paquete accionario de AEROSUR SA capitalizando una deuda de AEROSUR SA por más de 15 MILLONES DE DOLARES, y sin tener el respaldo legal del supuesto pago de la compra de la deuda, logra el reconocimiento en el Registro de Comercio; HUMBERTO ROCA LEIGUE el año 2000 contabiliza en AEROSUR SA como aportes para capitalización a nombre de SERGIO SANZETENEA DIMOFF un total de Bs. 189.563.334,00 por una supuesta subrogación de deudas de Aerosur SA con el Banco Sur SA, obligaciones que no fueron pagadas; el año 2003 forma la empresa servicios y Operadores S&O en la H. Alcaldía Municipal de Santa Cruz para el cobro de Impuestos Municipales sobre vehículos e inmuebles; actualmente percibe recursos de AEROSUR, y supuestamente está dedicado al negocio de inmobiliario del cual no se tiene certeza y existe duda respecto al registro y administración de esos bienes, es Representante Legal, Director Titular, y accionista de la Compañía Boliviana de Transporte Aéreo Privado S.A. AEROSUR SA con 70.000 acciones de las cuales no registra ningún tipo de ingresos declarados en Bolivia, no recibe dividendos o ganancias de acuerdo a declaraciones de testigos y los reportes de los estados financieros, actividades privadas que son tomadas en cuenta desde el año 1992 hasta la fecha orientadas al ilícito de enriquecimiento ilícito, ya que incluso de sus propias declaraciones afirma que compró aviones a <u>narcotraficantes</u> en México, aspecto que llama la atención y debe ser investigado, vinculado a este hecho de enriquecimiento ilcito.

d. Por otra parte, <u>La Compañía Boliviana de Transporte Aéreo Privado S.A. AEROSUR SA</u> a que necesariamente esta vinculada esta investigación, ya que HUMBERTO ANTONIO

EDUARDO OMAR MOLLINEDO PINEDO FISCAL ANTICORRUPCION MINISTERIO PUBLICO DEL ESTADO

económica financiera afirmada por el principal responsable de la empresa AEROSUR SA.

e. Se evidencia de las investigaciones que las empresas JIS AIRCRAF Y PIPESTONE y actualmente otras, han alquilado aeronaves a la empresa AEROSUR SA desde el año 2005 hasta julio de 2010, estableciéndose también que los propietarios de JIS AIRCRAF COMPANY son Peter Jessen Pittesser, Jorge Cochamanidis Saucedo y Sergio Antonio Sanzetenea Dimoff, este ultimo, socio de AEROSUR SA muy vinculado y persona de confianza de HUMBERTO ROCA LEIGUE; asimismo se ha establecido que HUMBERTO ROCA LEIGUE es socio y propietario de la empresa PIPE STONE, y que el alquiler de aviones de acuerdo al Art. 4, 34 del DS 24051 que reglamenta el IUE, así como el Art. 51 de la ley 843, la empresa AEROSUR SA se constituye en agente de retención sobre el monto total pagado o remesado a beneficiarios en el exterior por concepto de alquiler de aeronaves, habiéndose determinado de acuerdo a la certificación del SIN que el contribuyente, en este caso AEROSUR SA no registra la presentación de las declaraciones juradas FORM. 530 (IUE BENEFICIARIOS AL EXTERIOR) Y FORM. 3050(PAGOS DE BENEFICIARIOS AL EXTERIOR) estableciéndose que no cumplió con sus obligaciones tributarias a las que esta obligado específicamente respecto al alquiler de los aviones, monto determinado en el informe del Servicio de Impuestos Nacionales (IUE-BE), hecho que constituye la afectación al Estado tal como lo exige el tipo penal establecido en el Art. 28 de la Ley 004, más aún cuando es el propio HUMBERTO ROCA LEIGUE al ser socio y propietario de PIPE STONE alquila aviones a AEROSUR SA, recibe los alquileres, cuando no puede pagar, su otra empresa entrega en dación de pago los inmuebles de su propiedad, no declara ni paga impuestos, y al final de toda operación es el estado quien resulta perjudicado y a quien se afecta con este tipo de jugadas financieras, que generan grandes perdidas y beneficios ilegales para los empresarios privados.

Respecto a alguno de los bienes de la compañía que dirige HUMBERTO ROCA LEIGUE, se ha establecido que la existencia de solo tres inmuebles, dos ubicados en la ciudad de Cochabamba registrado bajo las partidas Nros.3.01.1.02.0020884 y 3.01.1.02.0020882 a nombre de ANA MARIA QUIROGA RAMÍREZ funcionaria de AEROSUR SA y representante en los Estados Unidos de América, antes Gerente general de Cochabamba, sin embargo se tiene certeza de que existiría un documento privado por el que se transfiere el derecho propietario a nombre de AEROSUR SA; el otro inmueble registrado bajo la matricula Nro. 7.01.1.99.0008412 registrado a nombre de ABDALLAH DAHER BULUS, el que a través de la junta de accionistas de 3 de julio de 2010 se ha transferido este activo fijo por las deudas contraídas por el alquiler de aviones de PIPESTONE, lo que demuestra junto a los anteriores argumentos la situaciones económica inestable de la empresa la que dirige HUMBERTO ROCA LEIGUE, y que la misma adeuda a instituciones del estado como el banco Sur en Liquidación, la Caja Petrolera de Salud y por concepto de impuestos mas de 550 MILLONES DE BOLIVIANOS que se traducen en el daño económico por tanto se constituye en la afectación que el Estado ha sufrido con la actividad empresarial de HUMBERTO ROCA LEIGUE, que se ha enriquecido afectando los intereses del estado plurinacional de Bolivia.

f. **HUMBERTO ROCA LEIGUE,** <u>con un patrimonio declarado de 50 MILLONES DE DOLARES</u>, **solo tiene registrado a su nombre en el BANCO BISA SA** una cuenta caja de ahorro EN MONEDA EXTRANJERA abierta el 11 de enero de 200 que a la fecha <u>se encuentra sin movimiento</u>; estableciéndose asimismo, que tanto la **empresa AEROSUR y el señor HUMBERTO ROCA LEIGUE a la fecha** no tienen cuentas bancarias en instituciones financieras del País, cajas de ahorro, cuentas corrientes, depósitos a plazo fijo etc, así se establece de los informes evacuados por el Banco Bisa SA, Mutual la Paz, Banco de Crédito, Cooperativa de ahorro y crédito San Pedro, banco los Andes pro Credit, Banco Fie, Fondo Fassil, Mutual La Primera, banco

económico, Cooperativa Jesús Nazareno, etc; lo que llama la atención y se pregunta, cómo hace sus transacciones financieras? cómo paga y cómo cobra? Cómo transfiere fondos?, por el contrario de acuerdo a las declaraciones de DANIELA ROCA SANJINEZ, hija del imputado y que trabaja en AEROSUR y gana un sueldo de 17.500 Bolivianos, declara tener un patrimonio de un terreno y dos vehículos, y que no tiene ningún patrimonio personal con su esposo, sin embargo maneja grandes cuentas bancarias en el Banco Ganadero, Banco Bisa SA, Banco Nacional de Bolivia, y el Banco de Crédito y afirma que quien deposita esos dineros en esas cuentas bancarias es su padre, y que ella personalmente no hace inversiones, y que su padre (HUMBERTO ROCA) es quien maneja esas cuentas, y le instruye directamente sacar los recurso de los bancos para los manejos económicos, que no sabe en qué inversiones de construcción o inmobiliaria se utiliza esos recursos; JORGE EDUARDO ORTIZ BANZER es abogado desde hace 8 años, trabaja como abogado de SERVIPETROL de propiedad de su padre y gana un sueldo de 1200 Bs., supuestamente es empresario de bienes raíces, afirma "no tengo ningún bien registrado a mi nombre que pertenezca al señor Roca", y contrariamente a su esposa, dice que tiene 4 vehículos, tres inmuebles; sin embargo, de ello, se ha establecido de acuerdo a la certificación de DDRR Santa Cruz que tiene registrado a su nombre más de 524 inmuebles, que ha efectuado ventas como propietario, y que estos serian de su padre y de HUMBERTO ROCA LEIGUE; de estos elementos se demuestra claramente que, el señor HUMBERTO ROCA LEIGUE no tiene cuentas bancarias en el país, y que esta actividad se la maneja a través de terceras personas, asimismo, no existen datos de su supuesto negocio inmobiliario, ya que esta también es registrada y administrada a través de terceras personas, lo que genera indicios suficientes • respecto al típo investigado, al ocultar no solo el origen de esos bienes sino su destino, y cómo se administran los mismos, y que no existe claridad en cuanto a la probable justificación del origen de los mismos, demostrándose con estas actividades de ocultamiento el incremento desproporcionado de su patrimonio a nombre de terceras personas, lo ilícito en este caso es la ocultación maliciosa de sus bienes y activos para no ser identificados vinculado a la falta de pago de impuestos, que se traduce en la afectación al estado.

Respecto a los vehículos y otros bienes identificados, de acuerdo a la Nota de fecha 22 de julio de 2010, emitido por el Gobierno Municipal Autónomo de Santa Cruz de la Sierra, se demuestra que HUMBERTO ROCA LEIGUE solo tiene registrado a su nombre 4 vehículos, estableciéndose que ha registrado vehículos a nombre de terceras personas, por ejemplo: HUMBERTO ANTONIO ROCA SANJINEZ, su hijo tiene registrado 46 vehículos de propiedad de su padre, si bien es hijo de Humberto Roca Leigue, trabaja y gana un sueldo mensual de Bs. 2000, estos ingresos no le generan tener tantos activos y bienes muebles a su nombre, ya que estos han sido adquiridos directamente por él; SARAH MERCEDES SANJINEZ DE ROCA esposa, tiene registrados 5 vehículos; JORGE EDUARDO ORTIZ BANZER tiene registrados a su nombre 5 VEHÍCULOS; pese a su declaración en la que dice tener solo dice 4 Vehículos, es yerno de Humberto Antonio Roca Leigue y también tiene registrados a su nombre 524 bienes inmuebles de propiedad de su suegro.

De lo anterior se ha establecido la existencia de suficientes indicios que demuestran primero que, HUMBERTO ROCA LEIGUE es persona natural ya que no tiene ninguna relación de dependencia con el Estado, se ha demostrado también que es *Representante Legal*, Director Titular, y accionista de la Compañía Boliviana de Transporte Aéreo Privado S.A. AEROSUR SA con 70.000 acciones; es socio propietario de la empresa PIPE STONE en Bahamas y que mediante esta actividad privada y solo en esta ultima década ha incrementado su patrimonio en 50 MILLONES DE DOLARES de acuerdo a sus propias afirmaciones, este incremento se ha generado a través de la actividad empresarial y privada que desarrolla y dirige causando graves daños económicos al estado Plurinacional de Bolivia reflejas en las deudas tributarias que son efecto de la actividad privada de HUMBERTO ROCA LEIGUE, inicialmente identificada en 550 MILLONES DE BOLIVIANOS, y otras deudas a otras

instituciones que provienen y están vinculados necesariamente a la actividad del imputado, quien ha acumulado riqueza burlando los controles impositivos incluso a través de sus propias empresas creadas ex profesamente para esta actividad.

Humberto Antonio Roca Leigue ha acumulado sus activos y patrimonio con actividades en nuestro país y el exterior, existiendo indicios suficientes para presumir de que estos recursos se hallan en instituciones bancarias o financieras fuera de Bolivia, invertidas en empresas que sirven para lavar los activos a nombre de terceros y, cuando se inician las investigaciones y se le da la oportunidad de explicar este millonario incremento de su patrimonio, niega dar cuentas bancarias, explicar ingresos, explicar origen de bienes, no habiendo logrado desvirtuar ni explicar el origen del millonario patrimonio que hoy ostenta; lo que implica que, se han dado todos los elementos constitutivos del tipo penal de ***ENRIQUECIMIENTO ILÍCITO DE PARTICULARES CON AFECTACIÓN AL ESTADO*** adecuando su conducta a este tipo penal en una conducta abierta y ex profesamente destinada para defraudar al Estado Boliviano de lo que se establece la presencia de dolo, ya que conocía y sabía de todas estas actividades ilícitas, previas y posteriores, pues, no solo crea empresas, sino también pone a nombre de terceras personas sus bienes para beneficiarse económicamente y ocultar el origen y destino de los mismos, aspectos que generan convicción no solo de su participación directa en los ilícitos, sino de su responsabilidad y conocimiento de cada uno de estos actos y de las consecuencias de ella, pues en estas acciones se genera un animus de ocultamiento sobre la real procedencia de los bienes, de lo que también se determina la presencia de dolo en la autoría en su conducta conforme al Art. 14 y 20 del Código Penal.

Por lo que el accionar del señor **HUMBERTO ANTONIO ROCA LEIGUE**, se entiende en la doctrina como "el **COMPORTAMIENTO HUMANO VOLUNTARIO SOCIALMENTE RELEVANTE MANIFESTADO EN EL EXTERIOR**", estando su accionar orientada a cometer el delito descrito anteriormente, por tanto su conducta, bajo la teoría del delito, es una acción **TÍPICA, ANTIJURÍDICA, CULPABLE y PUNIBLE**, vinculado al Art. 28 de la Ley 004.

## V. PARTE RESOLUTIVA

Por lo expuesto, en ejercicio de las facultades conferidas por la Ley del Ministerio Público previsto en los Art. 3, 6, 14, 44, 45, 59 y 61 del Código de Procedimiento Penal en sus Art. 21, 70, 73, 277, 297, 300, 301 y 302, considerando que la **IMPUTACIÓN** es considerada una calificación provisional pues está sujeta a las modificaciones que puedan surgir en la etapa preparatoria y considerando de que existen suficientes indicios y elementos de convicción recolectados en el cuaderno de investigaciones, se infiere que **HUMBERTO ANTONIO ROCA LEIGUE** es con probabilidad autor del delito descrito y fundamentado anteriormente, por lo que habiéndose cumplido las formalidades legales, el suscrito Fiscal **IMPUTA FORMALMENTE A:**

**HUMBERTO ANTONIO ROCA LEIGUE por el delito de ENRIQUECIMIENTO ILÍCITO DE PARTICULARES CON AFECTACIÓN AL ESTADO- Art. 28 DE LA LEY 004- MARCELO QUIROGA SANTA CRUZ**

MEDIDAS CAUTELARES PERSONALES:

**PRIMERO.-** De la revisión y compulsa detallada de los antecedentes, a los efectos de la aplicación de los Art. 233. 234 y 235 de la Ley 1970 Modificada por la Ley 007 de 18 de mayo de 2010 en el transcurso de la investigación se evidenció la existencia de los siguientes riesgos procésales:

**Art. 234 PELIGRO DE FUGA:** Entendiéndose como toda aquella circunstancia que permita sostener fundadamente que el imputado no se someterá al proceso buscando evadir la acción de la justicia, fundándose en los numerales 2, 3, 4, 6 y 11 del Art. 234 del CPP descrito de la siguiente manera:

**NUMERAL SEGUNDO.-** Se ha evidenciado que el señor **HUMBERTO ANTONIO ROCA LEIGUE** es Presidente y Socio Mayoritario de la Línea Aérea AEROSUR SA, esta calidad hace que pueda tener pasajes aéreos a su disposición hacia el exterior, la existencia de pasaporte vigente, y sus constantes visajes, conllevan a determinar que tiene a su alcance las facilidades para abandonar el país en cualquier momento; más si tiene un Pasaporte vigente que le facilita su salida, teniendo como antecedente el Oficio UC-DGM-CITE 1461/10 HR 5505 de fecha 05 de julio de 2010 que reporta que el señor Humberto Antonio Roca Leigue desde el año 2001 hasta el año 2009 viajó a Miami Estados Unidos, Panamá, Lima Perú, Habana Cuba, Buenos Aires Argentina, Sao Paulo Barsil, Caracas Venezuela; de acuerdo al Oficio UC-DGM-CITE 2571/10 HR. 10494 de fecha 24 de noviembre de 2010 remitido del Servicio Nacional de Migración se reporta que Humberto Antonio Roca Leigue desde el año 2007 hasta la fecha viajó frecuentemente a diferentes puntos del mundo.

**NUMERAL TERCERO.-** El imputado al margen de tener al alcance los medios (pasajes, aviones, y dinero) para poder salir del país, se ha evidenciado que se encuentra realizando actos preparatorios para darse a la fuga como se demuestra del memorial presentado en fecha 01 de diciembre de 2010 que refiere de forma textual "Atendiendo a mi estado de salud en forma intempestiva y de urgencia me veo en la necesidad de acudir a los médicos que siguen el control de mi enfermedad, razón por la cual hago conocer a usted que realizaré un viaje al exterior del país y pido se tenga presente este extremo a los efectos legales que fueren necesarios", este memorial se encuentra firmado por HUMBERTOROCA, pero no dice dónde, cuando, y por qué vía viaja, y cual la atención y donde la va recibir, no existe documento alguno que pruebe este extremo, lo que hace un potencial riesgo de fuga y su voluntad de no someterse al proceso penal.

**NUMERAL CUARTO.-** Desde el inicio de la investigación el señor **HUMBERTO ANTONIO ROCA LEIGUE** ha demostrado un comportamiento evasivo y de no sometimiento a la justicia boliviana, primero ha desconocido públicamente las atribuciones del Ministerio Público, no se ha presentado a las citaciones expedidas legalmente, ha desconocido la Competencia del Juez y ha desafiado al Ministerio Público a sacarlo muerto de su domicilio, frente a la existencia de un Mandamiento de Aprehensión expedido en su contra, domicilio donde se ha refugiado colaborado por sus trabajadores, familiares y personas desconocidas, realizando un cerco en el lugar escudándose en la gente para no acudir al llamado de la justicia. Lo que demuestra su comportamiento negativo durante este proceso y en el que sigue el Ministerio público por la supuesta comisión del delito de Desacato, como se desprende de los videos y publicaciones de prensa.

**NUMERAL QUINTO.-** El señor Humberto Antonio Roca Leigue adoptó una actitud pasiva respecto al daño causado al estado en todo el tiempo de su enriquecimiento respecto a cumplir con sus obligaciones de pago de los impuestos devengados al Estado Plurinacional de Bolivia siendo de significativa relevancia la importancia del daño resarcible, al igual que el pago de Aportes en Mora a la Caja Petrolera de Salud, el Pago de Impuestos *por haber omitido las Declaraciones Juradas FORM 530 IUE Beneficiarios del Exterior y FORM 3050 Pagos Beneficiarios al Exterior por el alquiler de aviones,* por lo que se observa que el contribuyente no cumplió con sus obligaciones tributarias a las que está obligado por pagos o remesas al exterior, no habiendo efectuado las retenciones establecidas en el artículo 51 de la Ley 843 por pagos a beneficios del exterior por el arrendamiento de sus aeronaves; se ha establecido que existen muchos procesos ejecutivos, tributarios, en los que ha demostrado su no voluntad de resarcir los daños y la afectación causado al estado con su accionar, tomándose en cuenta que solo en impuestos ha afectado al estado en más de 550 MILLONES DE DOLARES.

**NUMERAL SEXTO.-** Como se desprende del párrafo anterior el señor Humberto Antonio Roca Leigue fue Imputado por la supuesta comisión del delito de Desacato dentro del caso seguido a Denuncia del Ministerio de Transparencia Institucional y Lucha Contra la Corrupción por haber realizado declaraciones temerarias ante diferentes medios de comunicación de manera repetitiva, con la intención de poder generar una mala imagen de los señores Ministros que

componente el Gabinete Ministerial del Estado Plurinacional frente a la sociedad, la comisión del tipo penal de Desacato es doloso cuyo fin es generar un daño, traducido en esa desacreditación de los representantes del Estado, lo que genera un riesgo de fuga.

**NUMERAL OCTAVO.-** El imputado tiene antecedentes de estar implicado en actividades delictivas anteriores al de Enriquecimiento Ilícito como es el proceso en el que ya fue imputado por el delito de Desacato y otros procesos iniciados en su contra como el del Banco Sur caratulado Trigo contra Urquidi en la Corte Superior de Justicia de La Paz, se cuenta con otro Proceso Penal iniciado por Jorge Córdova.

**NUMERAL ONCEAVO.-** Otras circunstancias que debe tomar en cuenta su autoridad, es que el imputado **HUMBERTO ANTONIO ROCA LEIGUE** viaja de manera constante dentro y fuera del país, debido a la facilidad que tiene de poder acceder a pasajes y que se sustenta en el numeral segundo descrito líneas arriba, además de ser un empresario privado que cuenta con los recursos económicos suficientes para abandonar el país en cualquier momento, y por cualquier vía, tiene facilidades para convocar públicamente a la gente, refugiarse en ellos, y desafiar a la justicia boliviana, pretendiendo convertir estos procesos en políticos conforme a sus declaraciones públicas con la sola finalidad de impedir la acción de la justicia y quedar en la impunidad.

Estos elementos descritos y fundamentados son circunstancias objetivas que permiten sostener que el imputado HUMBERTO ANTONIO ROCA LEIGUE no se someterá al proceso penal y buscará evadir la acción de la justicia boliviana.

**PELIGRO DE OBSTACULIZACIÓN:**

Se refiere la obstaculización en el presente caso en lo referido al Art. **235 de La Ley 1970** y se la entiende como toda aquella circunstancia que permita sostener fundadamente que el imputado con su comportamiento entorpecerá la averiguación de la verdad, fundamentado en los siguientes puntos:

**NUMERALES PRIMERO, SEGUNDO, TERCER y CUARTO.-** El imputado con el poder económico que pregona tener cuenta las facilidades de destruir, modificar, ocultar, suprimir y/o falsificar elementos de prueba que se encuentran en su poder respecto a su riqueza, sus bienes, activos y sus ingresos económicos y en AEROSUR SA respecto a todo lo que este vinculado a estas investigaciones, Notarías de Fe Pública, el Organismo Operativa de Transito, la Honorable Alcaldía Municipal de Santa Cruz, lugares en los que se encuentra registrada la información referente a su patrimonio que acumuló o de igual manera puede influir sobre los partícipes o allegados, testigos a efectos de que brinden información falsa o se comporten de manera reticente al llamado de la Fiscalia. El señor Humberto Antonio Roca Leigue tiene el poder para tener contacto o influir de manera negativa de manera directa o indirecta a funcionarios Judiciales, así se demuestra de los convenios que ha suscrito con diferentes instituciones públicas; entre los hechos objetivos se puede mencionar cómo ha puesto muchos de sus bienes a nombre de terceras personas, en los que puede influir negativamente.

**NUMERAL QUINTO.-** El imputado **HUMBERTO ANTONIO ROCA LEIGUE** desde el inicio de éste proceso ha obstaculizado la investigación no sólo del proceso por DESACATO sino también el iniciado por el delito de *ENRIQUECIMIENTO ILÍCITO DE PARTICULARES CON AFECTACIÓN AL ESTADO*, ha hecho que sus trabajadores rodeen y tomen las puertas de ingreso a la Empresa AEROSUR SA y a su propio domicilio impidiendo la acción de la justicia, asimismo rodeado de mucha gente y vehículos particulares ha cortado el tráfico de cercanías de su domicilio donde se ha refugiado para impedir la acción de la justicia, aspectos que también se han evidenciado el día de su Declaración cuando gente de su Empresa y personas particulares han rodeado el Ministerio Público del Distrito de Santa Cruz para perjudicar y obstaculizar la labor del Ministerio Público, estas circunstancias se encuentran acreditadas y deben ser tomadas como Peligro de Obstaculización de acuerdo al numeral 5 del Art. 235 de la Ley 1970 lo que se traduce en una obstaculización ilegal e ilegítima.

Por lo que, al haberse cumplido con las previsiones legales de los Arts. 233, 234 y 235 de la Ley 1970 modificada por la Ley 007, y al existir Peligro de Fuga y Obstaculización y suficientes

indicios de la probabilidad de autoría y su participación en el hecho punible y por la característica del delito, **EL MINISTERIO PÚBLICO SOLICITA LA APLICACIÓN DE LA MEDIDA CAUTELAR DE DETENCIÓN PREVENTIVA DE HUMBERTO ANTONIO ROCA LEIGUE EN EL PENAL DE SAN PEDRO DE LA CIUDAD DE LA PAZ**; habiéndose demostrado la existencia de los elementos de convicción suficientes para sostener que el imputado es con probabilidad autor del hecho enriquecimiento ilícito de Particulares con Afectación al Estado y habiéndose demostrado que el imputado no se someterá al proceso y obstaculizará la averiguación de la verdad.

**FUNDAMENTACIÓN DE MEDIDAS CAUTELARES REALES:**

**PRIMERO.-** se debe tomar en cuenta que el nuevo sistema procesal penal hace una precisión conceptual y distinción entre las medidas cautelares personales y reales, otorgando a cada una de ellas una finalidad especifica y distinta entre si, es así que la REPARACIÓN DEL DAÑO CIVIL CAUSADA POR EL DELITO está garantizado exclusivamente con la imposición de medias cautelares reales. En este sentido esta medida, tiende a evitar la libre disponibilidad de los bienes de los imputados , a limitar la libre disposición de su patrimonio con el objeto fundamentalmente de garantizar y asegurar las responsabilidades económicas que puedan declararse en un proceso penal, en ese sentido, estas medidas se pueden solicitar en cualquier estado del proceso, con el fin de asegurar el resultado de la acción.

Al respecto y conforme está comprendido en el Art. 252 del Código de Procedimiento Penal, esta medida tiene por FINALIDAD GARANTIZAR LA REPARACIÓN DEL DAÑO Y EL PAGO DE MULTAS Y COSTAS, así también lo ha entendido la SC 1285/2001, y siendo una de las finalidades de la ley 004 la recuperación y protección del patrimonio del estado, así como recuperar el patrimonio afectado del estado a través de los órganos jurisdiccionales competentes, por lo que en aplicación de los Arts. 252 de la Ley 1970 modificada por la Ley 007, 90 del Código Penal, solicitan la aplicación de las siguientes medidas cautelares de carácter real: ...

1. CONGELAMIENTO Y RETENCIÓN DE CUENTAS BANCARIAS

**- CONGELAMIENTO Y RETENCIÓN DE LAS CUENTAS BANCARIAS de HUMBERTO ANTONIO ROCA LEIGUE,** en todo el sistema bancario nacional, a tal efecto ofíciese a la Autoridad de Supervisión del Sistema Financiero de Bolivia; en especial la Caja de Ahorros en Moneda Extranjera en el Banco Bisa SA No. 140148-501-1

**- CONGELAMIENTO Y RETENCIÓN DE LAS CUENTAS BANCARIAS A NOMBRE DE JORGE EDUARDO ORTIZ BANZER, bienes de propiedad de HUMBERTO ROCA LEIGUE,** a tal efecto ofíciese a la Autoridad de Supervisión del Sistema Financiero de Bolivia, de las siguientes cuentas bancarias.

- Banco Económico Jorge con CI 3193370 SC Cuenta Corriente Indirecta No. 1042-246767.
- Banco Mercantil Santa Cruz Cuenta Corriente No. 4010703028 en moneda nacional.
- Banco Mercantil Santa Cruz Caja de Ahorros No. 4023463138 en moneda extranjera.
- Banco Mercantil Santa Cruz Caja de Ahorros No. 4026453592 en moneda nacional
- Banco Bisa SA Cuenta No. 128023-501-2 activa.

- **CUENTAS BANCARIAS A NOMBRE DE DANIELA ROCA SANJINEZ,** de acuerdo a sus declaraciones y testimonio serían administrados por HUMBERTO ROCA SANJINEZ, padre; a través de la Autoridad de Supervisión del Sistema Financiero a todos los Bancos y entidades financieras del país, a tal efecto ofíciese a la Autoridad de Supervisión del Sistema Financiero de Bolivia; en especial:
- la Caja de Ahorros en Moneda Extranjera en el Banco Bisa Nos. 1630016-401-6; y 1613016-001-1.
- Banco Mercantil Santa Cruz Caja de Ahorros No. 4022322693 en moneda extranjera.

bie y por la
CIÓN DE LA
JMBERTO
O DE LA
lementos de
or del hecho
strado que el

la precisión
ndo a cada
' DEL DAÑO
posición de
ibilidad de
n el objeto
ue puedan
olicitar en

nto Penal,
PAGO DE
una de las
así como
liccionales
por la Ley
elares de

IBERTO
iese a la
orros en

IRE DE
EIGUE,
de las

1042-

I.
a.

rdo a
INEZ,
los
de

-6; y

- BANCO Nacional De Bolivia Caja de Ahorro en Monda extranjera Nro. 290-0928613

2. **LA HIPOTECA LEGAL DE TODOS LOS BIENES SUJETOS A REGISTRO VEHÍCULOS** REGISTRADOS A NOMBRE DE HUMBERTO ANTONIO ROCA LEIGUE, sea a través de Dirección Nacional del Organismos Operativo de Transito de Bolivia y el Gobierno Municipal de Santa Cruz de la Sierra :

1. Camioneta Toyota Hilux 2006 con placa de control 1620-HHI registrado a nombre de Humberto Antonio Roca Leigue.
2. Auto Volkswagen Fusca 1985 con placa de control 1398-RBN registrado a nombre de Humberto Antonio Roca Leigue.
3. Auto Mitsubishi Galant 1999 con placa de control 1535-PFL registrado a nombre de Humberto Antonio Roca Leigue.
4. Camioneta KIA color celeste 1991 con placa de control 400-ZKB.

3. **<u>VEHÍCULOS A NOMBRE DE HUMBERTO ANTONIO ROCA SANJINEZ,</u>** de acuerdo a los antecedentes estos bienes serían de propiedad de HUMBERTO ROCA LEIGUE, padre; sea a través de Dirección Nacional del Organismos Operativo de Transito de Bolivia y el Gobierno Municipal de Santa Cruz de la Sierra

1. Auto color negro con placa de control 1874-NUE con número de Chasis 7FFUA13A5F0055899 marca Ferrari.
2. Auto de color verde limón con placa de control 1785- CZX marca Dodge charger 2007.
3. Auto de color rojo con placa de control 1544-EPG automóvil Ford Mustang 2005 (con SOAT).
4. Auto de color Titanio con placa de control 2319 DPX, automóvil Nissan GT-R 2009.
5. Auto de color rojo con placa de control 1744-SDS marca BMW modelo 1991 automóvil.
6. Auto color petróleo con placa de control 1872-SRD marca Mazda modelo RX-8, RX8 2004.
7. Auto de color negro con placa de control 1106-KYS marca Toyota modelo 1996 Automóvil GT 1993.
8. Auto de color negro con placa de control 1015-DUB marca Mitsubishi 3000 GT 1992.
9. Auto de color Champagne con placa de control 1363-IZK modelo DKW Vemag modelo 64 automovil 1001, 1964.
10. Camioneta de color celeste con placa de control 1616-PHI marca Ford modelo (F100) 1973.
11. Vagoneta de color amarillo con placa de control 1656-AKA marca Toyota jeep FJ Crusier 2007.
12. Auto de color amarillo con placa de control 1744-SGE marca Chevrolet modelo 1978.
13. Auto de color verde limón con placa de control 422-PGX marca Dodge modelo 1971 Coupe.
14. Auto color amarillo con placa de control 470-ZTG Dodge Charger modelo 1976.
15. Auto de color champagne con placa de control 204-PND marca Cadillac modelo 81.
16. Auto de color azul marino placa de control 2049-ELC marca Peugot 403 1963.
17. Auto color crema con placa de control 1046-XAB marca Volkswagen 1997.
18. Jeep Militar Willys con placa de control 1298-TCR.
19. Auto de color negro con placa de control 2179-EAC marca Works Mini Cooper modelo 2008.
20. Auto de color amarillo con placa de control 1315-FSG marca Rover Minicord modelo 1992.
21. Auto de color rojo con placa de control 2092-AES marca Audi S-6 2008.
22. Auto Ford Mustang 1966 con placa de control 512-ZUL 1966
23. Minibús Mitsubishi Delica 1989 con placa de control 1360-ASN.
24. Auto Hyundai Excel 1993 con placa de control 571-NYX.
25. Auto Toyota Celica 1994 con placa de control 1414-XAL.

26. Furgón Dodge RAM 1997 con placa de control 1661-STG.
27. Jeep Mercedes Benz 280 1989 con placa de control 371-PTD.
28. Auto Honda Civic 1975 con placa de control 079-KXT.
29. Auto Rolls Royce Silver Shadow II 1979 con placa de control 1616 PGF.
30. Vagoneta Nissan Prairie 1998 con placa de control 1618-EGN.
31. Vagoneta Chevrolet Astro Van 2003 con placa de control 1594-YBR.
32. Auto Chevrolet con placa de control 892-ABI.
33. Vagoneta Hyundai Elantra con placa de control 1289-YCS.
34. Auto BMW 520 1990 con placa de control 440-NHE.
35. Auto Aston Martín V-12 2003 con placa de control 2050-RFY.
36. Auto Toyota Marck II 1992 con placa de control 1329-UZP.
37. Auto Rolls Royce 1971 con placa de control 2092-KFH.
38. Vagoneta Toyota IPSUM 1998 con placa de control 2207-DPB.
39. Vagonetaq Toyota IPSUM 1998 con placa de control 2207-DRE.
40. Vagoneta Toyota IPSUM 1998 con placa de control 2207-DLS.
41. Vagoneta Ford Windstar 1999 con placa de control 1905-XUS.
42. Microbús Iveco 1998 con placa de control 926-TBL.
43. Auto Nissan Sentra 2005 con placa de control 1409-AAA.
44. Camión Ford F-4000 2000 con placa de control 1206-DXI.
45. Vagoneta Ford Windstar 1998 con placa de control 1567-ZGE.
46. Auto Honda Civic 2005 con placa de control 1574-NEU.

4. **VEHÍCULOS REGISTRADOS A NOMBRE JORGE EDUARDO ORTIZ BANZER,** de propiedad de HUMBERTO ROCA LEIGUE registrado a nombre de un tercero que en este caso es su yerno; sea a través de Dirección Nacional del Organismos Operativo de Transito de Bolivia y el Gobierno Municipal de Santa Cruz de la Sierra

1. Auto Hyundai Sonata 2000 con placa de control 1381-LXX.
2. Microbús Mudan MD6601 2005 con placa de control 1780-RKB.
3. Vagoneta Nissan X-Trail, 2008 con placa de control 2092-XZA.
4. Auto Mitsubishi Lancer 2002 con placa de control 1685-YXF.
5. Vagoneta Jeep Grand Cherokee 2009 con placa de control 2330-BRC.

**<u>3. EMPRESAS REGISTRADAS</u> A NOMBRE DE HUMBERTO ANTONIO ROCA LEIGUE:** por lo que a través de **FUNDEMPRESA, se** proceda a la anotación preventiva e hipoteca legal de todos los derechos y acciones que le corresponde.

1. Compañía Boliviana de Transporte Aéreo Privado S.S. AEROSUR S.A.. con Matrícula de Comercio 13101 y Representante Legal.
2. TEXAL Ltda. Socio Capitalista y Representante Legal con Matricula SIREP 42890.
3. GLOBALNET SRL Socio Capitalista con Matricula 107902.
4. Promotora de Inversiones de Mercado y Afines PROIMA SRL con Matricula 123310.
5. Empresa Boliviana de Fertilizantes SRL BOLFER SRL como Socio Capitalista con Matricula 42379.

Empresa Constructora Puntal SRL con Matrícula 42730.

**INMUEBLES:** BIENES INMUEBLES REGISTRADOS A NOMBRE DE JORGE EDUARDO ORTIZ BANZER descritos y detallados en el Informe de Derechos Reales de fecha 05 de agosto de 2010 que llegan a los 524; QUE SE ADJUNTA; a tal efecto ofíciese a la oficina de Derechos Reales del Distrito de Santa Cruz.

En base a lo fundamentado y a los elementos de convicción descritos detalladamente, el Ministerio Público en su calidad de Representante de la Sociedad, *<u>y reservándose las facultades conferidas en los · 252 modificada por la Ley 007, y 253 Bis de la Ley 004</u>*

SOLICITA... de los Art... Código Penal...

En ambos ... cautelares ... con las for...

**OTROSI** ... solicito a ... de Imputa... Art. 137 de ... Calle Chichap... de la Sierra ... mínimo que...

**OTROSI** SE... Imputado y el...

**OTROSI** TE... Paz, calle P...

**SOLICITA** la aplicación de Medida Cautelares Reales detalladas y fundamentadas, al amparo de los Art. 252 del Código de Procedimiento Penal modificada por la Ley 007, y Art. 90 del Código Penal y sea con todas las formalidades de ley.

En ambos y a efectos de considerar tanto las medidas cautelares reales así como las medidas cautelares de carácter personal, su autoridad se servirá fijar día y hora de audiencia; sea con las formalidades de ley.

**OTROSI PRIMERO.- NOTIFICACIÓN VÍA EXHORTO-** A efectos del control jurisdiccional solicito a su autoridad ordene la notificación personal del Imputado con la presente Resolución de Imputación Formal y con el señalamiento de audiencia, sea mediante exhorto conforme al Art. 137 de la Ley 1970, toda vez que el señor Humberto Roca Leigue tiene su domicilio real Calle Chichapi No. 100 o 2075 entre 2do. y 3er. Anillo Barrio Fleig, de la ciudad de Santa Cruz de la Sierra debiendo cumplirse con todas las formalidades previstas en la Ley y en el plazo mínimo que no genere retardación de justicia.

**OTROSI SEGUNDO.-** Adjunto fotocopia de la declaración informativa prestada por el Imputado y el croquis de su domicilio.

**OTROSI TERCERO.-** Se señala domicilio del Fiscal en el Edificio de la Fiscalía de Distrito de La Paz, calle Potosí No. 944, piso 3ro., Of. 305.

La Paz, 06 de diciembre de 2010.

EDWARD OMAR MOLLINEDO PINEDO
FISCAL ANTICORRUPCION
MINISTERIO PUBLICO DEL ESTADO

JUZGADO 1ro. DE INSTRUCCION EN LO PENAL
Presentado - Ingreso - Devuelto - Hrs. 17:50
del día 06 del mes de Diciembre
año 2010 adjunta Fs. (5 fs)
FIRMA

ZER, de
e en este
ativo de

ROCA
otación

.. con
2890.
tricula
a con
ORTIZ
to de
echos
e, el
e las
004

## RECORD OF TESTIMONY

**SURNAMES:** ROCA LEIGUE
**NAMES:** HUMBERTO ANTONIO
**DATE OF BIRTH:** OCTOBER 27, 1958 **MARITAL STATUS:** MARRIED
**OCCUPATION:** EMPLOYED
**I.D. No.:** 1504708 SC **NATIVE OF:** SANTA CRUZ
**ADDRESS:** C. Chichapi No. 100 or 2075, between 2nd and 3rd circle Fleig Neighborhood
**TELEPHONE:** 3428419 **CELL:** 72101695
**DATE AND PLACE:** Santa Cruz, August 5, 2010. **TIME:** 09:00

NATURE OF THE CRIME : CONTEMPT
LOCATION OF THE CRIME :
LOCATION :

AS VICTIM WITNESS SUSPECT XX
HAS HE/SHE HAD PROBLEMS WITH THE LAW NO
HAS HE/SHE HAD PROBLEMS WITH THE POLICE NO
HAS HE/SHE SERVED PRISON TIME NO

**DEFENSE ATTORNEY: JORGE EDUARDO ORTIZ BANZER Y GUERY ABUDAY YANEZ**
**LEGAL DOMICILE: Edificio (Building) Park INN, 8th floor, Offices 82-83, Calle (Street) Federico Suazo 159, La Paz.**

**READING OF RIGHTS:** In accordance with Art. 92 of Law 1970, the defendant is advised the crime he is accused of, the evidence found in the investigation review and it is explained to him the types of crimes of which he has been accused of; **CONTEMPT.**

**ALSO,** to advise him of his rights and constitutional guarantees, the Prosecutor in compliance with Art. 92 of Law 1970 makes known to him all rights and guarantees recognized by our constitution, agreements and international treaties, **FIRST;** That to give this testimony he has the right to be represented by a defense attorney, for the purposes of his defense. **SECOND;** That he has the right to refrain from giving testimony or exercise his constitutional right of silence and that this decision may not be used against him or to harm another person, however he was advised that the testimony is a defense, **THIRD;** Also he is made aware of the circumstantial relationship of the facts investigated and reported, the content of the investigation review, evidence gathered, as well as a relationship of the facts being investigated, showing for this purpose, the documents and evidence inherent to the investigation.

**PROSECUTOR ASKS.- HAVE YOU UNDERSTOOD AND RECOGNIZED YOUR RIGHTS AND CONSTITUTIONAL GUARANTEES, THE FACTS AND THE CRIMES UNDER INVESTIGATION AND ARE YOU GOING TO SUBMIT TESTIMONY?**

**ANSWER.- Yes, I have understood my rights and constitutional rights, I am represented by my defense attorneys and I am going to give testimony.**

**PROSECUTOR ASKS.- KNOWING THE ACCUSATION AND THE FACTS, STATE WHAT YOU HAVE TO SAY ABOUT THE ISSUE.**

**ANSWER.-** MISTER Prosecutor, it is my knowledge that the crime of contempt just as you have explained it is to have slandered and defamed a public official; in my testimony in which I do not deny it has been done in general and in a future time, which does not constitute a crime, but rather a concern that is also found in explicit form in Art. 8 of the CPE when it says AMA SUA, which means, neither be a thief, which it my opinion means that every public official should secure the patrimony of the state and the average citizen should ask and control so that it can be like what is stated in Law No. 004 of the fight against corruption; whit in its Art. 4, second paragraph it says "ama sua", literally, - do no be a thief and Uhuana machapitya – do not steal, that as you see they are also in a future tense.

*(Signature) illegible*
*Humberto A. Roca Leigue*
*1504708*

*(Signature) illegible*
EDWARD OMAR MOLLINERO PINEDO
ANTICORRUPTION PROSECUTOR
OFFICE OF THE STATE DISTRICT ATTORNEY

[paraphs on left margin of document]



**PROSECUTOR ASKS.-** Explain what did you mean when you stated "KEEP YOUR MINISTERS IN LINE SO THEY WILL NOT STEAL."
ANSWER.- To interpret what the Constitution and Law 004 state.
**PROSECUTOR ASKS.-** STATE IF YOU KNOW OF ANY MINISTER OF THE MULTI NATIONAL STATE HAVE CRIMINAL BACKGROUNDS OR PROCEEDINGS FOR THEFT, CORRUPTION OR DRUG TRAFFICKING?
**ANSWER.-** I am not an investigator therefore, my only source of information is the media, and in the media there have been different cases of corruption. I do not know of any because I am not an investigator; what I do know through the media is the alleged acts of corruption; and I have never asserted that any particular minister has committed any act of corruption.
**PROSECUTOR ASKS.- STATE WHICH ARE THE ALLEDGED ACTIONS OF CORRUPTION THAT YOU KNOW OF THROUGH THE MEDIA IN WHICH SOME OF THE STATE MINISTERS HAVE BEEN INDICTED**
**ANSWER.-** I refer you to the previous answer.
**PROSECUTOR ASKS.- You have literally stated "KEEP YOUR MINISTERS IN LINE SO THEY WILL NOT STEAL." Do you have knowledge or know who has been involved in these acts of stealing or of corruption?**
ANSWER.- What I said is exactly what the Constitution states, what I said is in the future, I did not say he/she has stolen or has committed an act of corruption.
**PROSECUTOR ASKS.- STATE WHO HAS PAID FOR THE ADVERTISEMENTS AND COMMUNICATION RELEASES IN THE MEDIA STATED BY YOU.**
**ANSWER.-** Of course, I has been me and Aerosur.
**PROSECUTOR ASKS.- In your answer you stated that you were referring to the FUTURE, do you know if someone is committing acts of corruptions or stealing in our country, or is planning to commit these illicit acts later?**
**ANSWER.-** Dr. Mollinedo, the statement is made without knowing if it is going to happen or not, it is a concern and sound advice to try to prevent having these types of irregularities in the future; but we submitted a complaint regarding actions that we do not know if they are corruption or not, but at least they are irregular about the management of BOLIVIANA DE AVIACION, claims that have not been processed.
**PROSECUTOR ASKS.- STATE IF YOU HAVE SOMETHING TO ADD TO YOUR TESTIMONY AND STATE IT FOR THE RECORD.**
**ANSWER.-** No.
**PROSECUTOR ASKS.- HAVE YOU BEEN PHYSICALLY OR PSYCOLOGICALLY PRESSURED TO GIVE THIS TESTIMONY OR WAS IT VOLUNTARY?**
**ANSWER.-** No.
**PROSECUTOR. THUS THE LEGAL ACTION HAS ENDED AT 09:35 HOURS, THIS WAS READ BY THE DEPONENT TOGETHER WITH HIS ATTORNEY IN THE PRESENCE OF THE PROSECUTOR, SIGNING FOR THE RECORD AT THE BOTTOM.**

*(Signature) /illegible/*
*Humberto A. Roca Leigue*
*1504708*

*(Signature) /illegible/*
*Guery Abuday Y.*
*MCH 2086*

*(Signature) /illegible/*
*Jorge Ortiz*
*VM 4760*

[left margin]
*(Signature) illegible*
PROSECUTOR
OFFICE OF THE DISTRICT ATTORNEY

*(Signature) /illegible/*
EDWARD OMAR MOLLINEDO PINEDO
ANTICORRUPTION PROSECUTOR
OFFICE OF THE STATE DISTRICT ATTORNEY

[right margin]
*(Signature) /illegible*
*/illegible/ Paz Amaya*
*Physician*



**TRANSLATOR'S CERTIFICATION**

***I attest:*** That I read and write Spanish and English that I am a qualified translator and that the preceding two [2] pages, translated by me and initialed by me, constitute an accurate, complete and truthful English translation from a copy of the Spanish document to the best of my ability and knowledge.

Document (s): **RECORD OF TESTIMONY**

Related to: ***HUMBERTO ANTONIO ROCA LEIGUE***

***Jorge A. Acosta*, qualified translator**

Jorge A. Acosta
Qualified Translator

2

# ACTA DE DECLARACIÓN INFORMATIVA

**APELLIDOS: ROCA LEIGUE**
**NOMBRES: HUMBERTO ANTONIO**
**FECHA DE NAC.:** 27 OCTUBRE DE 1958
**PROFESIÓN: EMPLEADO** **ESTADO CIVIL:** CASADO
**C.I. Nº: 1504708 SC** **NATURAL DE:** SANTA CRUZ
**DOMICILIO: C. Chichapi Nro.100 o 2075, entre 2do. Y tercer anillo Barrio Fleig**
**TELEFONO: 3428419** **CEL.** 72101695
**LUGAR Y FECHA:** Santa Cruz, 05 de agosto de 2010. **HORAS: 09:00**

NATURALEZA DEL HECHO : DESACATO
LUGAR DEL HECHO :
LUGAR :

EN CALIDAD DE VICTIMA TESTIGO **SOSPECHOSO XX**
HA TENIDO PROBLEMAS CON LA JUSTICIA NO
HA TENIDO PROBLEMAS CON LA POLICÍA NO
HA SIDO CONDENADO A PENA DE PRISIÓN NO

**ABOGADO DEFENSOR: JORGE EDUARDO ORTIZ BANZER Y GUERY ABUDAY YAÑEZ.**

**DOMICILIO PROCESAL: Edificio Park INN, piso 8 oficinas 82-83, calle Federico Suazo 159 La Paz.**

**LECTURA DE DERECHOS:** De conformidad al Art. 92 de la Ley 1970 se le hace conocer al imputado el hecho que se le atribuye, las pruebas que se encuentran en el cuaderno de investigación y se le explica los tipos penales por los que ha sido denunciada; **DESACATO.**

**ASIMISMO,** para precautelar sus derechos y garantías constitucionales, el Fiscal en cumplimiento al Art. 92 de la Ley 1970 le hace conocer de todos los derechos y garantías que reconoce nuestra constitución, pactos y tratados internacionales, **PRIMERO;** Que para prestar esta declaración tiene el derecho de estar asistido de un abogado defensor, a efectos de su defensa técnica. **SEGUNDO;** Que tiene el derecho de abstenerse a declarar o acogerse al derecho constitucional del silencio y que esta decisión no podrá utilizarse en su contra o en perjuicio de su persona, sin embargo se le hace conocer que la declaración es un medio de defensa, **TERCERO;** Además se le hace conocer la relación circunstanciada de los hechos investigados y denunciados, el contenido del cuaderno de investigaciones, pruebas acumuladas, así como una relación de los hechos que se están investigando, exhibiendo para tal efecto los documentos y pruebas inherentes a la investigación.

**PREGUNTA FISCAL. HA ENTENDIDO Y COMPRENDIDO SUS DERECHOS Y GARANTÍAS CONSTITUCIONALES, LOS HECHOS Y LOS DELITOS QUE SE INVESTIGAN Y VA A PRESTAR SU DECLARACIÓN.**

**RESPUESTA.- Si he entendido mis derechos y garantías constitucionales, estoy asistido de mis abogados defensores y voy a declarar.**

**PREGUNTA FISCAL.-CONOCIDA LA DENUNCIA Y LOS HECHOS DIGA USTED QUE TIENE QUE DECIR AL RESPECTO.**

**RESPUESTA.-**SEÑOR Fiscal, tengo entendido que el delito de desacato conforme usted lo ha explicado es haber calumniado o difamado a un funcionario público, en mis declaraciones las cuales no niego han sido hechas en forma generalizada y a tiempo futuro, lo que no constituye una ofensa, sino más bien una preocupación que se encuentra demás de forma explícita en el Art. 8 de la CPE cuando dice AMA SUA que quiere decir ni seas ladrón, que significa eso a mi entender de que todo

Humberto A. Roca Leigue
1504708

EDWARD OMAR MOLLINEDO PINEDO
FISCAL ANTICORRUPCION
MINISTERIO PUBLICO DEL ESTADO

3

funcionario público debe precautelar el patrimonio del estado y que el ciudadano común debe pedir y fiscalizar para que sea asi como lo expresa la Ley Nro. 004 de lucha anticorrupción que en su Art. 4 en el segundo parágrafo dice "ama sua" literalmente no seas ladrón y Uhuana machapitya no robar, que como verá también están en tiempo futuro.

**PREGUNTA FISCAL.-** Diga Usted que quiso decir cuando afirmo "PONER EN LINEA A SUS MINISTROS PARA QUE NO ROBEN"

RESPUESTA.- interpretar lo que dice la Constitución y la Ley 004

**PREGUNTA FISCAL.- DIGA USTED SI SABE QUE ALGUN MINISTRO DEL ESTADOPLURINACIONAL TIENE ANTEDEDENTES O PROCESOS PENALES POR EL DELITO DE ROBO, CORRUPCION O Narcotráfico,**

**RESPUESTA.-** Yo no soy investigador por lo tanto la única fuente de información que Yo dispongo son los medios de prensa, y en los medios de prensa han aparecido diversos casos de corrupción. No conozco ninguno porque no soy investigador. lo que conozco es por los medios de prensa los supuestos actos de corrupción, y Yo nunca he aseverado que algún ministro específicamente haya hecho algún acto de corrupción.

**PREGUNTA FISCAL.- DIGA USTED CUALES SON LOS SUPUESTOS ACTOS DE CORRUPCION QUE CONOCE A TRAVES DE LOS MEDIOS DE PRENSA EN QUE ESTEN PROCESADOS ALGUNOS MINISTROS DE ESTADO.**

**RESPUESTA.-** Yo me remito a la respuesta anterior.

**PREGUNTA FISCAL.- Usted textualmente ha afirmado "PONER EN LINEA A SUS MINISTROS PARA QUE NO ROBEN" sabe o conoce quién o quienes han estado involucrados en estos actos ilícitos de robo o de corrupción.**

RESPUESTA.-Lo que dije es exactamente lo que dice la Constitución, lo que dije es a futuro, no dije a robado o ha hecho un acto de corrupción.

**PREGUNTA FISCAL.- DIGA QUIEN O QUIENES HAN PAGADO LOS SPOTS PUBLICITARIOS Y COMUNICACIONES DE PRENSA EXPRESADAS POR USTED EN LOS MEDIOS DE PRENSA.**

**RESPUESTA.-** por supuesto que he sido Yo y Aerosur.

**PREGUNTA FISCAL.- En su respuesta dice que usted afirma a FUTURO, conoce Usted que alguien está cometiendo actos de corrupción o robo en nuestro país, o está pretendiendo cometer estos hechos ilícitos posteriormente.**

**RESPUESTA.-** la recomendación pues doctor Mollinedo se hace sin saber si va a pasar o no, es una preocupación y un consejo sano para tratar de evitar en el futuro que no conocemos, que haya este tipo de irregularidades, pero a la Ministra Suxo le enviamos una denuncia sobre actos que no sabemos si son de corrupción o no pero por lo menos son irregulares sobre el manejo de BOLIVIANA DE AVIACION denuncias que no han sido procesadas.

**PREGUNTA FISCAL. DIGA USTED SI TIENE ALGO QUE AGREGAR A SU DECLARACIÓN Y QUE QUIERA QUE CONSTE.**

**RESPUESTA.-** NO.

**FISCAL PREGUNTA. HA SIDO PRESIONADO FÍSICA O PSICOLÓGICAMENTE PARA PRESTAR LA PRESENTE DECLARACIÓN O SI FUE VOLUNTARIA.**

**RESPUESTA.** No.

**FISCAL.- CON LO QUE TERMINÓ EL ACTO PROCESAL A HORAS 09:35, LEÍDA QUE FUE LA DECLARACIÓN POR EL DECLARANTE JUNTO A SU ABOGADO FRENTE AL FISCAL FIRMANDO EN CONSTANCIA AL PIE DEL PRESENTE.**

Humberto A. Roca Leigue
1504708

ABOGADO
ICA 2986

Jorge Ortiz
M. 41760

Paz Anaya
Abogado
Médico

FISCAL
MINISTERIO PUBLICO
Santa Cruz - Bolivia

EDWARD OMAR MOLLINEDO PINEDA
FISCAL ANTICORRUPCION
MINISTERIO PUBLICO DEL ESTADO