# Exhibit D

4 | Página SIETE · Friday, July 9, 2010
economia@paginasiete.bo

**Economy**

Legal Counterattack

# Roca announces defamation lawsuit against the Vice-President

[Right Margin:][Picture] [Caption:] AeroSur **Employees** protest in the street

**Página Siete** / La Paz

The Chief Executive Officer of AeroSur, Humberto Roca, announced a defamation and slander lawsuit against the Vice-President of the State, Álvaro García Linera, who had allegedly made false statements about the service rendered by the airline and talked about Roca's personal assets.

"He said that the company uses second-hand airplanes, which is a completely false, and spoke badly of the air service, embarrassing AeroSur and its employees. In connection with my vehicles, that is something that he (García Linera) knows pretty well, since he got into almost all of them," said Roca to Red PAT.

On the other hand, La Paz District Attorney, Williams Dávila, confirmed that an arrest warrant against Roca will be issued at any time, and ordered the National Police to enforce it.

"He did not justify his absence; he will have to surrender; we have Laws, and everyone, whether rich or poor, has to observe them," stated the officer.

In Santa Cruz, a group of workers met at Roca's Residence to prevent the arrest warrant from being enforced; while yesterday, at midday the businessman received the visit from Santa Cruz Governor, Rubén Costas, also accused of alleged contempt.

AeroSur workers throughout the country protested against the warrant of arrest ordered by La Paz Prosecutor, Edward Mollinedo, against Roca, who did not appear to testify last Wednesday within the framework of the investigation for the alleged crime of illegal enrichment.

## economia

**Contraataque legal**

# Roca anuncia juicio por difamación al Vicepresidente

**Página Siete** / La Paz

El presidente ejecutivo de AeroSur, Humberto Roca, anunció un juicio por difamación y calumnias contra el vicepresidente del Estado, Álvaro García Linera, quien supuestamente habría vertido una serie de informaciones falsas sobre el servicio que presta la aerolínea, además de hablar de su patrimonio personal y bienes privados.

"Dijo que la empresa vuela con aviones malos, lo que es una difamación y una calumnia, habló mal del servicio público aéreo haciendo quedar mal a AeroSur y a sus funcionarios. En el tema de mis autos, es un tema que él (García Linera) conoce, porque se subió a casi todos", dijo el empresario a la red PAT.

Por otra parte el fiscal de distrito de La Paz, Williams Dávila, afirmó que en cualquier momento se ejecutará la orden de aprehensión contra Roca, y conminó a la Policía Nacional, a que haga cumplir la orden.

"No ha presentado ningún justificativo por su inasistencia, tiene que someterse nomás, hay leyes, todos, sean ricos o pobres, tenemos que someternos a la ley", agregó el funcionario.

En Santa Cruz, en las puertas del domicilio de Roca, se instaló una vigilia de trabajadores, para evitar que se ejecute el mandamiento de aprehensión, mientras que al medio día de ayer, el empresario fue visitado por el Gobernador cruceño Rubén Costas, también acusado por supuesto desacato.

Trabajadores de AeroSur, en todo el país, protestaron por la orden de aprehensión ordenada por el fiscal de La Paz, Edward Mollinedo, en contra de Roca, quien no se presentó a declarar el miércoles, en el marco de la investigación por supuestos delitos de enriquecimiento ilícito.



**Trabajadores** de AeroSur protestan en la vía pública.

## CERTIFICATE OF TRANSLATION

I, <u>Yamaira Del Toro</u>, being duly sworn, do hereby depose and say, that I am familiar with both the English and Spanish languages; that I have reviewed the attached document and translation and certify that the translation is accurate to the best of my knowledge and belief.

*[signature]*

STATE OF FLORIDA
COUNTY OF DADE

Sworn to or affirmed and subscribed before me this 28 day of May, 2011, by Tamara Del Toro.

(SEAL)

_____
Notary Signature

Luis A. Cordero
Notary Name

Personally Known ✓ or Produced Identification _____
Type of Identification
Produced _____

LUIS A. CORDERO
Notary Public - State of Florida
My Comm. Expires Jun 6, 2014
Commission # DD 962734
Bonded Through National Notary Assn.