# Exhibit E

| **e** economy | [Picture] | **AUDIT STARTED** The National Tax Service (SIN) stated that AeroSur allowed them to supervise the managements for the years 2006, 2007 and 2008 in Santa Cruz |
|---|---|---|

# The Vice-President responded forcefully to Roca's insults

Álvaro García Linera said that Humberto Roca "wants to build a political castle with his company." Santa Cruz businessman formed a foundation for "Clear Rules" to receive complaints of corruption, with offices throughout the country.

## AVIATION

The Vice-President, Álvaro García Linera branded Humberto Roca as a "spoiled capitalist" and warned him that "sooner or later we will response forcefully to all his insults."

García Linera used those words to answer to the statements made by Roca last Monday to the press when he said that "this is a country where the Vice-President is a terrorist and the President plays dumb."

There is an arrest warrant against Roca because he did not appear to testify in La Paz last Wednesday in the case for contempt filed by the Anti-corruption Minister Nardi Suxo, who also accused him of illegal enrichment. Police sources did not know if any instruction has already been given to this institution yet.

The prosecutor for the case, Edwar Mollinedo did not answer to El Dia's request to talk about Roca's decision, who anticipated that he was not going to appear to testify in La Paz today either.

Among his defense strategies, the businessman counterattacked with accusations against the Vice-President for defamation and money laundering. García Linera stated that he will assume his own defense, although he declared to ABI agency that "this is the strangest lawsuit in legal and political history."

Roca is also promoting a civil movement in demand for "Clear Rules". The project includes the opening of offices throughout the country, financed with money from the companies he represents.



**SUPPORT** · In spite of yesterday's intense cold, the support group remained outside Roca's residence

### Businessmen call for respect for the Law and legal certainty

Private businessmen from Cochabamba called for respect for the Law and legal certainty for the sector, in connection with the actions filed against the president of AeroSur, Humberto Roca.

"We all have the right to a fair process, a fair investigation, and that is what we are calling for; not just for Roca's case," said Carlos Flores, head of Valluno, to Fides.

On the other hand, Luis Nuñez assured that "it is nonsense to have a Court of Justice, because Governors have assumed the roles of Judges, Prosecutors and Policemen," making reference to the Judgment ratifying the arrest warrant against Roca.

## TICKETS

### Suxo considers discount tickets to be bribes

The Minister of Fight Against Corruption, Nardi Suxo, accused the president of AeroSur, Humberto Roca, of giving discount tickets to members of the Public Prosecutor's Office and the Judicial Branch as way of payment.

"We claim to be victims of abuse of economic power by Mr. Roca, who executed an agreement that benefits officers from both agencies, with discounts of more than 50% in tickets," she said.

Those who had allegedly signed said agreement are Beatriz Sandóval Capobianco, Hugo Sánchez Loza, Alberto Sánchez Osinaga, among others.

We could not contact either the president of AeroSur or Suxo so as to ask her if this is considered to be a crime.

AeroSur has agreements with several institutions of the country for discount tickets, such as the Sports Service, journalists unions and different professional associations.

---

| **TOP PHRASES** |
|---|
| "Governors have assumed the role of Judges, Prosecutors and Policemen." LUIS NUÑEZ-CITIZEN |
| "Thanks God, AeroSur has more passengers than ever." H. ROCA – PRESIDENT OF AEROSUR |

"The money will be used for a kind of Foundation engaged in rescuing values, and of course to meet the people's needs," said Roca.

The head of the airline said that this foundation will have a manager, a board of directors, and that anyone feeling that his / her rights are being violated may be a part of it.

Roca said that the offices will be completely set up by next week and that this project has nothing to do with the airline.

 **economía**



**INICIAN FISCALIZACIÓN**
El Servicio de Impuestos Nacionales (SIN) señaló que AeroSur a tó que la entidad inicie la fiscalización de las gestiones 2006, 20 2008 en Santa Cruz.

# El 'Vice' advierte con respuesta contundente a insultos de Roc

Álvaro García Linera dijo que Humberto Roca "quiere armar un castillo político con su empresa". El empresario cruceño inició su fundación de "Reglas Claras" para recibir denuncias de corrupción y que tendrá oficinas en todo el país.

### AVIACIÓN

El vicepresidente Álvaro García Linera tildó de "capitalista malcriado" a Humberto Roca y le advirtió que cada uno de los insultos del empresario en "algún momento va a tener una respuesta contundente de nuestro lado".

García Linera respondió así a las declaraciones que Roca dio el lunes a los medios cuando indicó que éste "es un país donde un terrorista es Vicepresidente y donde el Presidente se hace el boludo".

Sobre Roca pesa una orden de aprehensión por no declarar en La Paz el pasado miércoles en el proceso por desacato que le sigue la ministra Anticorrupción Nardi Suxo, que también lo denunció por enriquecimiento ilícito. Fuentes policiales desconocían si ya llegó a esta institución alguna instructiva al respecto.

El fiscal del caso, Edwar Mollinedo, no atendió los requerimientos de El Día para comentar la decisión de Roca, que anticipó que tampoco irá a declarar hoy a La Paz.

Entre sus estrategias de defensa, el empresario contraatacó con dos demandas contra el "Vice" por calumnias y legitimación de ganancias. García Linera confirmó que asumirá su defensa, aunque declaró a la agencia ABI que "es el juicio más raro de la historia judicial y política".

Roca también impulsa un movimiento ciudadano para exigir "Reglas Claras". El proyecto incluye la apertura de oficinas en todo el país financiadas con dinero de las empresas que él forma parte.

"Es para una especie de Fundación que se dedique a rescatar los valores y por supuesto que tengan la necesidad de verificar las necesidades del pueblo", dijo Roca.

El titular de la línea aérea dijo que esta fundación tendrá un gerente, un directorio y que cualquiera que sienta una violación en sus derechos podrá formar parte.

Roca informó que las oficinas estarán listas hasta la próxima semana y que no tendrán nada que ver con la línea aérea.



**APOYO ·** A pesar del intenso frío que hizo ayer, las personas continuaban en vigilia fuera de la casa de Roca.

### Piden respeto a ley y seguridad jurídica

Los empresarios privados de Cochabamba demandaron el cumplimiento de la ley y seguridad jurídica para el sector, en referencia a los procesos contra el presidente de AeroSur, Humberto Roca.

"Todos tenemos derecho a un justo proceso, a una justa investigación y eso es lo que demandamos, no sólo en el caso del señor Roca", indicó a Fides el titular del empresariado vallunoCarlos Flores.

Por su parte, el cívico Luis Núñez aseguró que "ya no tiene sentido que haya un Palacio de Justicia, ya que los gobernantes han asumido roles de jueces, fiscales y policías", alusión al fallo judicial que ratificó la aprehensión de Roca.

### PASAJES

## Suxo califica prebenda a lo descuentos

La ministra de Lucha Cont Corrupción, Nardi Suxo, a al presidente de AeroSur, H berto Roca, de pagar con cuentos de pasajes a miem del Ministerio Público y al P Judicial.

"Nos declaramos víctima abuso de poder económico señor Roca, quien firmó un venio, que beneficia a los se dores de ambas instancias h con más del 50 por ciento er pasajes", dijo.

Quienes habrían suscrit mencionado convenio son E triz Sandóval Capobianco, go Sánchez Loza, Alberto S chez Osinaga y otros.

No se pudo contactar co presidente de AeroSur ni con xo para consultarle si esto considerado un delito.

AeroSur tiene convenio varias instituciones del país bre descuento de pasajes co el Servicio de Deportes, los p mios periodísticos y diferen colegios de profesionales.

### LAS FRASES

"Los gobernantes han asumido roles de jueces, fiscales y policías"
**LUIS NÚÑEZ-CÍVICO**

"AeroSur gracias a Dios tiene más pasajeros que nunca"
**H. ROCA - PDTE. AEROSUR**

# CERTIFICATE OF TRANSLATION

I, <u>Yamaira Del Toro</u>, being duly sworn, do hereby depose and say, that I am familiar with both the English and Spanish languages; that I have reviewed the attached document and translation and certify that the translation is accurate to the best of my knowledge and belief.

*[signature]*

STATE OF FLORIDA
COUNTY OF DADE

Sworn to or affirmed and subscribed before me this 25 day of May, 2011, by Tamara Del Toro.

(SEAL)

_____
Notary Signature

Luis A. Cordero
Notary Name

Personally Known ✓ or Produced Identification _____
Type of Identification
Produced _____

LUIS A. CORDERO
Notary Public - State of Florida
My Comm. Expires Jun 6, 2014
Commission # DD 962734
Bonded Through National Notary Assn.