# Exhibit F

### YEH, QUESADA AND ST.JOHN, M.D.s , P.A.
DIPLOMATES, AMERICAN BOARDS OF INTERNAL MEDICINE
AND SUBSPECIALTY BOARD OF CARDIOVASCULAR DISEASE
8950 N. KENDALL DR., SUITE 501, MIAMI, FL 33176
TEL: (305) 412-3556  FAX: (305) 412-3515

**BILLY K. YEH, M.D., PH.D., FACP, FACC**
DIPLOMATE, ADVANCED ACHIEVEMENT, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, NUCLEAR CARDIOLOGY, CBNC
REGISTERED PHYSICIAN IN VASCULAR INTERPRETATION, ARDMS
CIRCULATORY DISEASES

**RAMON QUESADA, M.D., FACC, FCCP, FSCAI**
CLINICAL CARDIOLOGY
INTERVENTIONAL CARDIOLOGY

**MARCUS ST. JOHN, M.D., FACC**
CLINICAL AND INTERVENTIONAL CARDIOLOGY

02/11/2011

Baptist International Division
(via fax: (786) 596-5979 )

RE: ROCA, HUMBERTO
DOB: 10/27/1958

To Whom It May Concern:

We had the pleasure of seeing Mr. Humberto Roca, a pleasant 52-year-old gentleman from Bolivia who is here today for an initial cardiac consultation. He is accompanied by his urologist and cardiologist from Bolivia. This is a patient with a history of myocardial infarction in 2003 with stent to the left anterior descending artery who states that a few days ago he had an episode of left arm and jaw pain that occurred while walking. Episode lasted for a few seconds. He has not had any recurrence of symptoms. There was no reported shortness of breath, palpitations, dizziness, chest pain, orthopnea, paroxysmal nocturnal dyspnea, syncope or lower extremity swelling.

**PAST MEDICAL HISTORY:** Right renal cancer status post nephrectomy, coronary artery disease, previous myocardial infarction, hypertension, hyperlipidemia, Hashimoto thyroiditis.

**PAST SURGICAL HISTORY:** Appendectomy, tonsillectomy, nephrectomy.

**SOCIAL HISTORY:** Previous smoker, quit smoking in 2003. Denies alcohol or illicit drug use. Mr. Roca has been married four 34 years and has four children.

**MEDICATIONS:** Atenolol 50 mg daily, losartan 50 mg daily, aspirin 75 mg daily, Lipitor 10 mg daily, levothyroxine 175 mcg daily, loratadine as needed.

**ALLERGIES:** Iodine.

**REVIEW OF SYSTEMS: CONSTITUTIONAL:** Denies fevers, chills, weight loss, or fatigue. **EYES, EARS, NOSE, AND THROAT:** Denies eye pain, discharge, decreased or blurry vision, hearing loss, tinnitus, or sore throat. **RESPIRATORY:** Denies shortness of breath, cough, wheezing, or hemoptysis. **CARDIOVASCULAR:** As per HPI. **GASTROINTESTINAL:** Denies nausea, vomiting, melena, or diarrhea. **GENITOURINARY:** Denies hematuria, dysuria, or UTI. **MUSCULOSKELETAL:** Denies

Re: ROCA, HUMBERTO
02/11/2011
Page 2

myalgias or arthralgias. SKIN: Denies skin thickening, pruritus, or sores. PSYCHIATRIC: Denies anxiety, depression, or insomnia. NEUROLOGIC: Denies ataxia, tremors, vertigo, headaches, or seizures. ENDOCRINE: Denies polydipsia, polyuria, heat or cold intolerance. HEMATOLOGIC: Denies easy bruising, bleeding or blood clots.

**PHYSICAL EXAMINATION:** VITAL SIGNS: Blood pressure 156/80, pulse 58, and O2 sat 98%. HEENT: Normocephalic, atraumatic. NECK: No JVD. No carotid bruits. HEART: Regular rhythm. Normal S1 and S2. No murmurs, rubs, or gallops. LUNGS: Clear to auscultation. RESPIRATIONS: Unlabored. ABDOMEN: Soft, nondistended, and nontender. Bowel sounds present x4 quadrants. EXTREMITIES: No clubbing, no cyanosis, no edema. NEURO: Alert and oriented x3. Nonfocal. SKIN: Warm, dry and intact.

12-lead EKG shows sinus bradycardia, normal axis, ventricular rate is 58 beats per minute. Baseline artifact nonspecific inferior ST-T wave changes.

**ASSESSMENT:**
1. Exertional jaw/left arm pain (possible anginal equivalent).
2. Coronary artery disease.
3. History of myocardial infarction in 2003.
4. Status post PCI to the LAD.
5. Hypertension.
6. Dyslipidemia.
7. Status post right nephrectomy.

**PLANS AND RECOMMENDATIONS:** Mr. Roca will undergo a full cardiovascular evaluation including an exercise nuclear stress test to evaluate for underlying ischemia and possible progression of known coronary disease. Laboratory blood work including a full metabolic panel, a complete blood count, hs-CRP, apolipoprotein-B and a fasting lipid panel and hemoglobin A1c will be drawn. We are recommending a sleep study evaluation to assess for possible sleep apnea. Mr. Roca will be scheduled for a follow-up office visit to review these results.

Sincerely yours,

Ramon Quesada, M.D., FACP, FACC, FSCAI, FCCP
Medical Director, Interventional Cardiology
BAPTIST CARDIAC & VASCULAR INSTITUTE

JOB#50027209/CN722985
Dictated by: Jeffrey Abucay, PA-C

# YEH AND QUESADA, M.D.s, P.A.

DIPLOMATES, AMERICAN BOARDS OF INTERNAL MEDICINE
AND SUBSPECIALTY BOARD OF CARDIOVASCULAR DISEASE

8950 N. KENDALL DR., SUITE 501/308, MIAMI, FL 33176
TEL. (305) 412-3558 FAX (305) 412-3515

**BILLY K. YEH, M.D., PH.D., FACP, FACC**
DIPLOMATE, ADVANCED ACHIEVEMENT, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE NUCLEAR CARDIOLOGY, CCNC

**RAMON QUESADA, M.D., FACC, FCCP, FSCAI, FACP**
CLINICAL CARDIOLOGY
INTERVENTIONAL CARDIOLOGY

**MARCUS ST. JOHN, M.D., FACC**
CLINICAL & INTERVENTIONAL CARDIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| RE: | ROCA, HUMBERTO | DOB: | 10/27/1958 | PATIENT ID#: | 113690 |
| DATE: | FEBRUARY 15, 2011 | REFERRING PHYSICIAN(S): | | RAMON QUESADA, M.D. | |

<u>TC 99M SESTAMIBI REST AND TREADMILL STRESS MYOCARDIAL SPECT PERFUSION SCANS:</u>

MR. ROCA IS A 52-YEAR-OLD OBESE GENTLEMAN WITH HTN, DYSLIPIDEMIA WHO IS A FORMER SMOKER AND IS S/P RIGHT NEPHRECTOMY FOR CARCINOMA. THE PATIENT HAD A /P STENT IMPLANTATION IN LAD IN 2003 FOLLOWING AN M.I. AND QUIT CIGARETTE SMOKING RIGHT THEN. MR. ROCA NOW COMPLAINED OF NEW ONSET OF PAIN IN HIS LEFT ARM, JAW AND BACK.

A TREADMILL STRESS/MYOCARDIAL SPECT PERFUSION SCAN WAS CARRIED OUT TO DETERMINE HIS FUNCTIONAL CAPACITY AND THE EXTENT OF CORONARY ATHEROSCLEROSIS.

IN RESTING STATE, THE PATIENT HAD A HR OF 76 BPM, AND A B/P OF 140/80 MMHG.

USING BRUCE PROTOCOL, THE PATIENT WAS ABLE TO EXERCISE 17 SECONDS INTO STAGE 3, AND REACHED A PEAK HR OF 136 BPM, OR 80% OF MAXIMUM PREDICTED RESPONSE, WITH A PEAK B/P OF 180/90 MMHG. THE LEFT VENTRICULAR WORK INDEX INCREASED 130% DURING PEAK EXERCISE (7.4 METS), WITH SEVERE SHORTNESS OF BREATH BUT NO CHEST PAIN OR ISCHEMIC ST SEGMENT DEVIATIONS.

THE PATIENT WAS INJECTED IV WITH 31.6 MCI OF TC 99M SESTAMIBI A MINUTE PRIOR TO STOPPING THE TREADMILL STRESS TEST, AND POST EXERCISE SPECT PERFUSION SCAN WAS OBTAINED FROM SHORT AXIS VIEW, AND HORIZONTAL AND VERTICAL LONG AXIS VIEWS IN ABOUT AN HOUR. THESE DATA WERE THEN COMPARED WITH THOSE OBTAINED IN RESTING STATE AFTER THE IV INJECTION OF 10.8 MCI OF TC 99M SESTAMIBI.

<u>RESULTS:</u>
THERE WAS AN INCREASE IN SEPTAL UPTAKE IN RESTING STATE AND POST EXERCISE. SOME HYPOPERFUSION OF MID/DISTAL ANTERIOR WALL AND CARDIAC APEX WAS NOTED IN RESTING STATE, AND BECAME MORE PRONOUNCED POST EXERCISE.

<u>IMPRESSION:</u>
1. FAIR TO GOOD EXERCISE TOLERANCE.
2. THERE APPEARED TO BE AN OLD NON-Q M.I. IN MID/DISTAL ANTERIOR WALL AND CARDIAC APEX; SIGNIFICANT ISCHEMIA DEVELOPED IN THIS TERRITORY POST EXERCISE, AFTER THE PATIENT HAD ATTAINED A PEAK HR OF 136 BPM, OR 80% OF MAXIMUM PREDICTED RESPONSE.
3. THERE WAS AN INCREASE IN SEPTAL UPTAKE, CONSISTENT WITH LVH.
4. A DIAGNOSTIC CARDIAC CATHETERIZATION IS RECOMMENDED.

<u>GATED WALL MOTION ANALYSIS:</u>

MILD HYPOKINESES OF MID/DISTAL ANTERIOR WALL AND CARDIAC APEX; THE ESTIMATED LVEF WAS 56%.

BKY:mgaM

BILLY K. YEH, M.D., PH.D., NUCLEAR CARDIOLOGIST

C: RAMON QUESADA, M.D.

DICT: 02/16/11
TRANS: 02/16/11
AUTH: 02/16/11



**Report Status: Final**

ROCA, HUMBERTO

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ROCA, HUMBERTO**<br><br>DOB: 10/27/1958   AGE: 52<br>Gender:   M<br>Phone:   305.463.7179<br>Patient ID: ROCA,HUMBERTO | Specimen:   MR701472U<br>Requisition: 0008738<br><br>Collected:   05/18/2011<br>Received:   05/18/2011 / 23:45 EDT<br>Reported:   05/19/2011 / 12:46 EDT | Client #: 17599        6831000<br>QUESADA, RAMON<br>YEH & QUESADA M.D.P.A.<br>8950 N KENDALL DR STE 501<br>MIAMI, FL 33176-2132 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| THYROID PANEL WITH TSH, 3RD GENERATION | | | | |
|   THYROID PANEL | | | | MI |
|     T3 UPTAKE | 30 | | 22-35 % | |
|     T4 (THYROXINE), TOTAL | 9.3 | | 4.5-12.0 mcg/dL | |
|     FREE T4 INDEX (T7) | 2.8 | | 1.4-3.8 | |
|     TSH, 3RD GENERATION | | 0.14 L | 0.40-4.50 mIU/L | MI |
| LIPID PANEL | | | | |
|   CHOLESTEROL, TOTAL | 160 | | 125-200 mg/dL | MI |
|   HDL CHOLESTEROL | | 35 L | > OR = 40 mg/dL | MI |
|   TRIGLYCERIDES | 144 | | <150 mg/dL | MI |
|   LDL-CHOLESTEROL | 96 | | <130 mg/dL (calc) | MI |

      Desirable range <100 mg/dL for patients with CHD or
      diabetes and <70 mg/dL for diabetic patients with
      known heart disease.

| | | | | |
|---|---|---|---|---|
|   CHOL/HDLC RATIO | 4.6 | | < OR = 5.0 (calc) | MI |
| * CARDIO CRP(R) | 1.4 | | mg/L | QDB |

      Average relative cardiovascular risk according to
      AHA/CDC guidelines.


      For ages >17 Years:
      cCRP mg/L    Risk According to AHA/CDC Guidelines
      <1.0         Lower relative cardiovascular risk.
      1.0-3.0      Average relative cardiovascular risk.
      3.1-10.0     Higher relative cardiovascular risk.
             Consider retesting in 1 to 2 weeks to
             exclude a benign transient elevation
             in the baseline CRP value secondary
             to infection or inflammation.
      >10.0        Persistent elevation, upon retesting,
             may be associated with infection and
             inflammation.

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC<br>PANEL | | | | MI |
|   GLUCOSE | 95 | | 65-99 mg/dL | |

                  Fasting reference interval

| | | | |
|---|---|---|---|
|   UREA NITROGEN (BUN) | 16 | 7-25 mg/dL | |
|   CREATININE | 1.22 | 0.76-1.46 mg/dL | |
|   eGFR NON-AFR. AMERICAN | 68 | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | 79 | > OR = 60 mL/min/1.73m2 | |
|   BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 (calc) | |
|   SODIUM | 141 | 135-146 mmol/L | |
|   POTASSIUM | 5.0 | 3.5-5.3 mmol/L | |
|   CHLORIDE | 104 | 98-110 mmol/L | |
|   CARBON DIOXIDE | 29 | 21-33 mmol/L | |
|   CALCIUM | 9.8 | 8.6-10.2 mg/dL | |
|   PROTEIN, TOTAL | 7.7 | 6.2-8.3 g/dL | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 Quest Diagnostics

**Report Status: Final**

ROCA, HUMBERTO

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ROCA, HUMBERTO**<br><br>DOB: 10/27/1958   AGE: 52<br>Gender:  M<br>Patient ID: ROCA,HUMBERTO | Specimen:   MR701472U<br>Collected:   05/18/2011<br>Received:    05/18/2011 / 23:45 EDT<br>Reported:    05/19/2011 / 12:46 EDT | Client #: 17599<br>QUESADA, RAMON |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 3.2 | | 2.1-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.8 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 85 | | 40-115 U/L | |
| AST | 19 | | 10-35 U/L | |
| ALT | 25 | | 9-60 U/L | |
| HEMOGLOBIN A1c | 5.6 | | <5.7 % of total Hgb | MI |

```
                    Decreased risk of diabetes
            <5.7        Decreased risk of diabetes
            5.7-6.0     Increased risk of diabetes
            6.1-6.4     Higher risk of diabetes
            > or = 6.5  Consistent with diabetes

            Standards of Medical Care in Diabetes-2010.
            Diabetes Care, 33(Suppl 1): S1-S61,2010.
```

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | MI |
| WHITE BLOOD CELL COUNT | 7.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.22 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.0 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 45.0 | | 38.5-50.0 % | |
| MCV | 86.1 | | 80.0-100.0 fL | |
| MCH | 28.7 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 226 | | 140-400 Thousand/uL | |
| ABSOLUTE NEUTROPHILS | 4343 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2108 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 660 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 360 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 57.9 | | % | |
| LYMPHOCYTES | 28.1 | | % | |
| MONOCYTES | 8.8 | | % | |
| EOSINOPHILS | 4.8 | | % | |
| BASOPHILS | 0.4 | | % | |

**PERFORMING SITE:**

MI    QUEST DIAGNOSTICS-MIAMI, 10200 COMMERCE PARKWAY, MIRAMAR, FL 33025-3938 Laboratory Director: ANTHONY SIMONETTI, MD, CLIA: 10D0277334
QDB   QUEST DIAGNOSTICS DEERFIELD BEACH, 1300 E NEWPORT CENTER DRIVE, DEERFIELD BEACH, FL 33442-7727 Laboratory Director: ANTHONY SIMONETTI, MD, CLIA: 10D0288003

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Print this Page

Rocaleigue, Humberto   Sex: M      BD: 10/27/1958   MR#: 000002055090   PT#: 743692832
Rm/Bed: 43 44          Clinic: Bvi Visit Dt/Tm: 02/16/2011 06:55              Visit#: 2472133

**CARDCORNI**

Feb 17, 2011 10:05

ORDERED BY: RAMON M QUESADA, M.D.

READ BY: RAMON M QUESADA  ON: Feb 17 2011  5:52P

***PRELIMINARY RESULT***
COMPLEX CORONARY INTERVENTION, INTRAVASCULAR ULTRASOUND-GUIDED
PERCUTANEOUS TRANSLUMINAL CORONARY ANGIOPLASTY AND STENTING OF LEFT
ANTERIOR DESCENDING SUBTOTALLY OCCLUDED LONG COMPLEX AREAS OF DIFFUSE
INSTENT RESTENOSES, AND ALSO PERCUTANEOUS TRANSLUMINAL CORONARY
ANGIOPLASTY OF BIFURCATION LEFT ANTERIOR DESCENDING DIAGONAL
INTRAVASCULAR ULTRASOUND-GUIDED VIA THE RIGHT TRANSRADIAL ACCESS

INDICATIONS:
The patient is a 52-year-old gentleman with metabolic syndrome, history
of severe coronary artery disease, post recent acute ischemic event most
likely secondary to closure of a large circumflex obtuse marginal; there
was successful coronary intervention of the circumflex obtuse marginal on
February 16, with a Xience drug-eluting stent implant. The patient had
prior percutaneous coronary intervention and stenting after an acute MI
of the left anterior descending in Argentina, and had diffuse
proliferative instent restenosis, long lesion. Coronary intervention is
performed.

PROCEDURE:
The patient was brought to the cardiac catheterization laboratory stable
and was prepped and draped in the usual fashion. A 6-French introducer
was placed in the right radial artery. A 6-French XB3.5 guiding catheter
was advanced into the left coronary ostium and guiding shots were taken
documenting that the circumflex obtuse marginal was patent with TIMI flow
3 at site of previous coronary intervention. A Prowater wire was advanced
into the distal left anterior descending, and a 2nd wire was advanced
into the 2nd occluded diagonal, jailed into the areas of instent
restenoses in the left anterior descending. Balloon angioplasty was done
with a 2.5 balloon in the left anterior descending distal, and in all
areas of instent restenoses all the way to the mid left anterior
descending at the 1st septal. A 2nd balloon was advanced into the ostial
diagonal, and balloon angioplasty was done at 7 and 8 atmospheres. A 2.5
x 28 Xience drug-eluting stent was advanced distally into the distal
apical portion of the vessel, covering the areas of instent restenosis
distally, and it was deployed at 16 atmospheres, overlapping a 3.0 x 28
Xience drug-eluting stent was deployed at 16 atmospheres, postdilated at
20 atmospheres. A 2nd wire was advanced into the 2nd diagonal, and while
removing the 1st wire, after placing the 2nd wire in the diagonal, the
wire was trapped, most likely in the struts of the old stent that was
underexpanded, and the wire was fractured. The segment of the wire was
left in the wall of the artery, the actual diagonal was widely patent.
Balloon angioplasty was done at the site of the stent that was just
deployed with a 4.0 balloon at 20 atmospheres followed by implantation of
a 4.0 x 23 overlapping Xience drug-eluting stent and expanded at 20
atmospheres maintaining the fractured wire outside the lumen, against the
wall of the artery. Postdilatation was done with a 4.0 balloon at high

pressure followed by intracoronary ultrasound, which documented excellent stent expansion through the length of the newly stent implants with good geometry of the vessel, more than 4.5 diameter area. There was no evidence of dissection. Final coronary angiography was performed documenting that the diagonal was patent with a residual less than 50% stenosis at the ostium. The left anterior descending had no residual stenosis with TIMI flow 3. The 1st diagonal that was not treated had a 50% tubular stenosis.

**Blood Loss:**
None.

**DISCUSSION:**
Successful complex coronary intervention, intravascular ultrasound-guided percutaneous transluminal coronary angioplasty and stenting of the left anterior descending and diagonal. Postprocedure, there was no residual stenosis with TIMI flow 3.

IMPRESSION:Conclusions as above.

**PLAN:**
The patient will continue with aggressive secondary prevention post percutaneous coronary intervention care.

RAMON M QUESADA, M.D. Feb 17 2011 5:52P

Transcribed by: np4 On: Feb 17 2011 10:15P

READ BY: RAMON M QUESADA  ON: Feb 17 2011 5:52P

***PRELIMINARY RESULT***

Print this Page

Rocaleigue, Humberto          Sex:M          BD:10/27/1958          MR#:000002055090

Cardiac Cath Cornonary Interv P                                    Feb 16, 2011 09:35

Medical Image-Baptist   VIEW

ORDERED BY: RAMON M QUESADA, M.D.
READ BY: RAMON M QUESADA  ON: Feb 16 2011  1:18P
***PRELIMINARY RESULT***

1. LEFT HEART CARDIAC CATHETERIZATION, CORONARY ANGIOGRAPHY AND LEFT
VENTRICULOGRAPHY.
2. FRACTIONAL FLOW RESERVE OF THE MYOCARDIUM OF THE RIGHT CORONARY ARTERY
WITH ADENOSINE STRESS 180 mcg/k PER MINUTE INFUSION FOR 2 MINUTES
INTRAVENOUSLY.
3. CORONARY INTERVENTION, PERCUTANEOUS TRANSLUMINAL CORONARY ANGIOPLASTY
AND STENTING GUIDED BY INTRACORONARY ULTRASOUND OF THE CIRCUMFLEX OBTUSE
MARGINAL VIA THE RIGHT TRANSRADIAL ACCESS.
INDICATIONS:
The patient is a 52-year-old gentleman from Bolivia who has history of
coronary artery disease, metabolic syndrome, status post myocardial
infarction and coronary intervention of the left anterior descending with
stent implantation 4 years ago in Argentina. The patient had a sudden
episode of severe retrosternal chest tightness, and according to his
clinical cardiologist, he had a negative stress echo done in December of
2010. This episode of chest pressure occurred a week ago. An exercise
stress thallium was performed showing a large area of reversible ischemia
in the anteroapical territory of the left ventricle, and cardiac
catheterization is performed to assess severity of coronary artery
disease progression or restenosis.
PROCEDURE:
The patient was brought to the cardiac catheterization laboratory stable
and was prepped and draped in the usual fashion. Via the right
transradial access, a 6-French introducer was placed in the right radial
artery. A 6-French radial catheter was advanced into the left and right
coronary ostia and coronary angiography was done in multiple projections.
Left ventriculography was done in the RAO projection. At the end of the
diagnostic procedure, the JR4 diagnostic catheter was advanced to the
right coronary artery. A Wave wire was advanced across the lesions in the
mid and distal right coronary artery into the posterior descending
artery. Adenosine, 180 mcg/k was given for 2 minutes, and fractional flow
reserve of the myocardium was measured, and it was 0.89. The wire and
catheter were removed, and then an XB3.5 guiding catheter was advanced
into the left coronary ostium and guiding shots were taken. A Prowater
wire was advanced into the distal obtuse marginal. Intracoronary
ultrasound was advanced with difficulty past across the lesion noting
that it was a large vessel, approximately 3.2 mm to 3.4 mm vessel with
eccentric fibrocalcific plaque and soft plaque, occlusive at the site of
the angiographic lesion with calcified plaque proximal but not critical.
Direct stenting was performed with a 3.0 x 15 Xience drug-eluting stent,
which was deployed at 20 atmospheres with excellent results.
Intracoronary ultrasound revealed excellent stent expansion with no
proximal or distal intimal dissection. The lines were removed and the
patient left the cardiovascular laboratory stable.
Blood Loss:
None.
DISCUSSION:

**Hemodynamics:**
The patient was in normal sinus rhythm. Blood pressure 130/80. Heart rate of 70. Left ventricular end-diastolic pressure was 20 mmHg. There was no gradient across the valve.

**Left Ventriculography:**
Left ventriculography shows a normal-sized ventricle with very minimal anterior hypokinesis and an ejection fraction of 55%.

**Coronary Arteriography:**

**Right Coronary Artery:**
The right coronary artery arose normally from the right sinus of Valsalva. It was a large superdominant vessel with diffuse disease. There is a 20% to 30% plaque in the mid segment of the right coronary artery, and there is also a 40% to 50% plaque mid distal. There is also diffuse disease at the posterolateral branch, large posterior descending artery. Fractional flow reserve of the myocardium of the right coronary artery into the posterior descending artery is 0.89.

**Left Coronary Artery:**
The left coronary artery originated from the left sinus of Valsalva. There is some calcification. The left main is a large vessel, free of disease, and bifurcates into the circumflex and left anterior descending coronary artery. The circumflex coronary artery proper into the atrioventricular groove is very minimal, small. There is a bifurcating large obtuse marginal that has a 90% to 95% stenosis with diffuse disease of the vessel, and this is probably the culprit vessel. The left anterior descending coronary artery is a large vessel with an area of instent restenosis after the 1st septal and 1st diagonal. The 1st diagonal also has a long lesion proximally of approximately 50% to 60%, and there is diffuse instent restenosis of the left anterior descending, which has a stent in the midportion and then a 2nd bifurcation of the diagonal, relatively small, and then diffuse proliferative occlusive instent restenosis distally, in the distal stent, 99%.

**IMPRESSION:**
1.  Diagnostic cardiac catheterization revealed severe coronary artery disease.
 a. Noncritical disease of the right coronary artery with a normal fractional flow reserve of 0.89,
 a 30% plaque in the midportion, and a 40% to 50% in mid distal.
b. Diffuse disease of the posterolateral branch with a normal fractional flow reserve of the proximal, mid, and distal lesions. Fractional flow reserve is 0.89.
c. A 90% to 95% stenosis of the large bifurcating obtuse marginal.
d. Diffuse disease of the vessel, and then subtotal occlusion of the mid distal left anterior descending with diffuse proliferative instent restenosis.
e. Diffuse disease also in the 1st and 2nd diagonals.
2.  Preserved left ventricular function with anteroapical mild hypokinesis.
3.  Successful intravascular ultrasound-guided percutaneous transluminal coronary angioplasty and stenting with a Xience 3.0 x 15 of the circumflex obtuse marginal. Postprocedure, there was no residual stenosis with excellent stent expansion by intravascular ultrasound.

**PLAN:**
The patient will be brought back to the cardiac catheterization laboratory for coronary intervention of the left anterior descending diagonal.

RAMON M QUESADA, M.D. Feb 16 2011  1:18P
Transcribed by: np4 On: Feb 16 2011  3:32P


READ BY: RAMON M QUESADA   ON: Feb 16 2011  1:18P

 Quest Diagnostics

**Report Status: Final**

ROCA, HUMBERTO

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ROCA, HUMBERTO** | Specimen:  MR860721R | Client #: 17599       6831000 |
| | Requisition: 0007582 | QUESADA, RAMON |
| DOB: 10/27/1958    AGE: 52 | | YEH & QUESADA M.D.P.A. |
| Gender:  M | | 8950 N KENDALL DR STE 501 |
| Phone:  305.463.7179 | Collected:  02/11/2011 | MIAMI, FL 33176-2132 |
| Patient ID: ROCA,HUMBERTO | Received:  02/12/2011 / 04:03 EST | |
| | Reported:  02/14/2011 / 10:37 EST | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | | 318 H | 125-200 mg/dL | MI |
| HDL CHOLESTEROL | | 35 L | > OR = 40 mg/dL | MI |
| TRIGLYCERIDES | | 225 H | <150 mg/dL | MI |
| LDL-CHOLESTEROL | | 238 H | <130 mg/dL (calc) | MI |

Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | | 9.1 H | < OR = 5.0 (calc) | MI |
| CARDIO CRP(R) | | 3.1 H | mg/L | QDB |

Higher relative cardiovascular risk according to AHA/CDC guidelines. Consider retesting in 1 to 2 weeks to exclude a benign transient elevation in the baseline CRP value secondary to infection or inflammation.

For ages >17 Years:

| cCRP mg/L | Risk According to AHA/CDC Guidelines |
|---|---|
| <1.0 | Lower relative cardiovascular risk. |
| 1.0-3.0 | Average relative cardiovascular risk. |
| 3.1-10.0 | Higher relative cardiovascular risk. Consider retesting in 1 to 2 weeks to exclude a benign transient elevation in the baseline CRP value secondary to infection or inflammation. |
| >10.0 | Persistent elevation, upon retesting, may be associated with infection and inflammation. |

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | MI |
| PANEL W/eGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 1.17 | | 0.76-1.46 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.6 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 101 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | 21-33 mmol/L | |
| CALCIUM | 9.5 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 8.1 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 3.5 | | 2.1-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 1.1 | | 0.2-1.2 mg/dL | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

***PRELIMINARY RESULT***



Roca,Humberto
ID: #11021132611

D.O.B.:
MALE
Dr:          Q
Tech:      Mf

02/11/2011 13:26:34

| Vent. Rate: | 58 bpm |
| RR Interval: | 1029 ms |
| PR Interval: | 144 ms |
| QRS Duration: | 98 ms |
| QT Interval: | 434 ms |
| QTc Interval: | 431 ms |
| QT Dispersion: | 40 ms |
| P-R-T AXIS: 66° | 41° 43° |

Sinus bradycardia.
Possible anterior infarct - age undetermined
Inferior/lateral T wave changes are nonspecific

Abnormal ECG                    * Unconfirmed Analysis

L:   10 mm/mV
C:   10 mm/mV

QTc=Hodges

I          aVR          V1          V4
II         aVL          V2          V5
III        aVF          V3          V6

II

25 mm/s

### YEH, QUESADA AND ST.JOHN, M.D.s , P.A.
DIPLOMATES, AMERICAN BOARDS OF INTERNAL MEDICINE
AND SUBSPECIALTY BOARD OF CARDIOVASCULAR DISEASE
8950 N. KENDALL DR., SUITE 501, MIAMI, FL 33176
TEL: (305) 412-3558  FAX: (305) 412-3515

BILLY K. YEH, M.D., PH.D., FACP, FACC
DIPLOMATE, ADVANCED ACHIEVEMENT, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, NUCLEAR CARDIOLOGY, CBNC
REGISTERED PHYSICIAN IN VASCULAR INTERPRETATION, ARDMS
CIRCULATORY DISEASES

RAMON QUESADA, M.D., FACC, FCCP, FSCAI
CLINICAL CARDIOLOGY
INTERVENTIONAL CARDIOLOGY

MARCUS ST. JOHN, M.D., FACC
CLINICAL AND INTERVENTIONAL CARDIOLOGY

02/22/2011

Baptist International Division
(via fax: (786) 596-5979 )

RE: ROCA, HUMBERTO
DOB: 10/27/1958

To Whom It May Concern:

We had the pleasure of seeing Mr. Humberto Roca, a 52-year-old gentleman from Bolivia in our office today for a follow-up evaluation. This patient underwent cardiac catheterization and percutaneous coronary intervention on February 17, 2011 with stenting to a subtotally occluded left anterior descending artery. He is here today for a follow-up visit status post cardiac catheterization. Mr. Roca states that over the weekend he experienced hematuria which has improved. In addition, he states that Crestor was causing severe leg and foot pain and he had stopped this medication. He denies any further chest pain, shortness of breath, palpitations, dizziness, orthopnea, paroxysmal nocturnal dyspnea, syncope, or lower extremity swelling.

Cardiac catheterization on February 17, 2011, patient underwent complex coronary intervention and ultrasound guided PTCA and stenting of the LAD and diagonal branches. Mr. Roca had noncritical disease of the right coronary artery with 30% plaque in the mid portion and 40-50% plaque in the mid to distal portion. Fractional flow reserve was 0.89 which is not hemodynamically significant. In addition, the left coronary artery, left main was free of disease. The LAD as mentioned previously had diffuse intrastent restenosis and in the distal portion there is a 99% stenosis. The circumflex coronary artery had a large obtuse marginal branch that had 90-95% stenosis. This patient underwent percutaneous coronary intervention on February 16th with implantation of a Xience 3.0 x 50 mm drug-eluting stent to the circumflex obtuse marginal branch and subsequent percutaneous intervention on February 17th, 2011 with a 4.0 x 23 mm Xience drug-eluting stent to the LAD and diagonal branches.

MEDICATIONS:  Crestor 40 mg daily, Lovaza 4 tablets daily, aspirin 160 mg daily, Plavix 75 mg daily, Atacand 32 mg daily, Thyroxine 175 mcg daily.

ALLERGIES:  Iodine.

REVIEW OF SYSTEMS: CONSTITUTIONAL: Denies fevers, chills, weight loss, or fatigue. EYES,

Re: ROCA, HUMBERTO
02/22/2011
Page 2

---

EARS, NOSE, AND THROAT: Denies eye pain, discharge, decreased or blurry vision, hearing loss, tinnitus, or sore throat. RESPIRATORY: Denies shortness of breath, cough, wheezing, or hemoptysis. CARDIOVASCULAR: As per HPI. GASTROINTESTINAL: Denies nausea, vomiting, melena, or diarrhea. GENITOURINARY: Positive for hematuria. Denies dysuria, or UTI. MUSCULOSKELETAL: Positive for myalgias. Denies arthralgias. SKIN: Denies skin thickening, pruritus, or sores. PSYCHIATRIC: Denies anxiety, depression, or insomnia. NEUROLOGIC: Denies ataxia, tremors, vertigo, headaches, or seizures. ENDOCRINE: Denies polydipsia, polyuria, heat or cold intolerance. HEMATOLOGIC: Denies easy bruising. Positive for bleeding in the urine. Denies blood clots.

PHYSICAL EXAMINATION: VITAL SIGNS: Blood pressure 128/84, pulse 75, and O2 sat 97%. HEENT: Normocephalic, atraumatic. NECK: No JVD. No carotid bruits. HEART: Regular rhythm. Normal S1 and S2. No murmurs, rubs, or gallops. LUNGS: Clear to auscultation. RESPIRATIONS: Unlabored. ABDOMEN: Soft, nondistended, and nontender. Bowel sounds present x4 quadrants. EXTREMITIES: No clubbing, no cyanosis, no edema. NEURO: Alert and oriented x3. Nonfocal. SKIN: Warm, dry and intact.

ASSESSMENT:
1. Coronary artery disease/atherosclerotic heart disease status post multivessel PCI to the LAD and circumflex obtuse marginal branch.
2. Dyslipidemia.

PLANS AND RECOMMENDATIONS:   Mr. Roca's hematuria has improved and we will schedule him for a follow-up office visit in one month. In addition, we will discontinue Crestor and start Vytorin 10/80 mg at night.

Sincerely yours,

Ramon Quesada, M.D., FACP, FACC, FSCAI, FCCP
Medical Director, Interventional Cardiology
BAPTIST CARDIAC & VASCULAR INSTITUTE

JOB#50030660/CN748524
Dictated by: Jeffrey Abucay, PA-C

### YEH, QUESADA AND ST.JOHN, M.D.s , P.A.
DIPLOMATES, AMERICAN BOARDS OF INTERNAL MEDICINE
AND SUBSPECIALTY BOARD OF CARDIOVASCULAR DISEASE
8950 N. KENDALL DR., SUITE 501, MIAMI, FL 33176
TEL: (305) 412-3558  FAX: (305) 412-3515

**BILLY K. YEH, M.D., PH.D., FACP, FACC**
DIPLOMATE, ADVANCED ACHIEVEMENT, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, NUCLEAR CARDIOLOGY, CBNC
REGISTERED PHYSICIAN IN VASCULAR INTERPRETATION, ARDMS
CIRCULATORY DISEASES

**RAMON QUESADA, M.D., FACC, FCCP, FSCAI**
CLINICAL CARDIOLOGY
INTERVENTIONAL CARDIOLOGY

**MARCUS ST. JOHN, M.D., FACC**
CLINICAL AND INTERVENTIONAL CARDIOLOGY

05/23/2011

Baptist International Division
(via fax: (786) 596-5979 )

RE: ROCA, HUMBERTO
DOB:  10/27/1958

To Whom It May Concern:

We had the pleasure of seeing Mr. Humberto Roca, a 52-year-old gentleman from Bolivia today in our office for a follow-up evaluation.  He is here to review results of blood work.  He denies any chest pain, shortness of breath, palpitations, dizziness, orthopnea, paroxysmal nocturnal dyspnea, syncope or lower extremity swelling.  Mr. Roca does not exercise regularly,  however, he does state that he plans to initiate an exercise regimen soon.

Laboratory blood work from May 18, 2011 shows a total cholesterol of 160, HDL cholesterol 35, triglycerides 144, LDL 96.  PSA 0.14, T3, T4 and free T4 were within normal limits.  Hemoglobin A1c 5.6.  Cardio CRP 1.4.

**MEDICATIONS:**  Lovaza 4 tablets daily, aspirin 160 mg daily, Plavix 75 mg daily, Atacand 32 mg daily, levothyroxine 175 mcg daily, Vytorin 10/20 mg daily, atenolol 50 mg daily, Benadryl 50 mg as needed.

**ALLERGIES:**  Iodine.

**REVIEW OF SYSTEMS: CONSTITUTIONAL:**  Denies fevers, chills, weight loss, or fatigue.  **EYES, EARS, NOSE, AND THROAT:**  Denies eye pain, discharge, decreased or blurry vision, hearing loss, tinnitus, or sore throat.  **RESPIRATORY:**  Denies shortness of breath, cough, wheezing, or hemoptysis.  **CARDIOVASCULAR:** As per HPI.  **GASTROINTESTINAL:**  Denies nausea, vomiting, melena, or diarrhea.  **GENITOURINARY:**  Denies hematuria, dysuria, or UTI.  **MUSCULOSKELETAL:**  Denies myalgias or arthralgias.  **SKIN:**  Denies skin thickening, pruritus, or sores.  **PSYCHIATRIC:**  Denies anxiety, depression, or insomnia.  **NEUROLOGIC:**  Denies ataxia, tremors, vertigo, headaches, or seizures.  **ENDOCRINE:**  Denies polydipsia, polyuria, heat or cold intolerance.  **HEMATOLOGIC:** Denies easy bruising, bleeding or blood clots.

Re: ROCA, HUMBERTO
05/23/2011
Page 2

**PHYSICAL EXAMINATION:** VITAL SIGNS: Blood pressure 140/90, pulse 62, and O2 sat 97%. Weight 278 pounds. HEENT: Normocephalic, atraumatic. NECK: No JVD. No carotid bruits. HEART: Regular rhythm. Normal S1 and S2. No murmurs, rubs, or gallops. LUNGS: Clear to auscultation. RESPIRATIONS: Unlabored. ABDOMEN: Soft, nondistended, and nontender. Bowel sounds present x4 quadrants. EXTREMITIES: No clubbing, no cyanosis, no edema. NEURO: Alert and oriented x3. Nonfocal. SKIN: Warm, dry and intact.

**ASSESSMENT:**
1. Coronary artery disease/atherosclerotic heart disease with history of percutaneous coronary intervention to the left anterior descending artery and circumflex artery in February 2011.
2. Dyslipidemia.
3. Metabolic syndrome.
4. Hypertension.

**PLANS AND RECOMMENDATIONS:** Mr. Roca's goal LDL cholesterol should be less than 70, therefore, we will increase Vytorin to 10/40 mg daily. Prior to his next office visit in three months, we will recommend a repeat evaluation of his lipid profile and liver function as well as a nuclear stress test to evaluate for progression of known coronary artery disease and ischemia. We do encourage his further efforts at therapeutic lifestyle changes and risk factor modification including diet, exercise and weight loss.

Sincerely yours,

RAMON QUESADA, M.D.
RQ:emt7984
JOB#50062060/CN907871
Dictated by: Jeffrey Abucay, PA-C